UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
The City of New York,                               :
                                                    :
                    Plaintiff,                      :
                                                    :
    -against-                                       :  Case No. 1:25-cv-02850-MMG
                                                    :
Puff Bar, et al.,                                   :
                    Defendants.                     :
---------------------------------------------------- X

## NOTICE OF DEFENDANTS' MOTION TO SEVER

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned counsel for Defendants Midwest Goods Inc. d/b/a Midwest Distribution Illinois ("Midwest"), 10 Days, Inc. d/b/a Pod Juice ("Pod Juice"), Safa Goods LLC ("Safa"), SV3, LLC d/b/a Mi-One Brands ("Mi-One"), Mylé Vape Inc., MVH I, Inc., Puff Bar, EVO Brands, LLC, and PVG2, LLC d/b/a Puff Bar will move this Court at a date and time convenient to the Court for an order granting their motion to sever from the trial, and for such other and further relief as the Court deems just and proper.

A supporting memorandum of law is filed in conjunction herewith.

1

Dated: May 23, 2025

Respectfully submitted,

THOMPSON HINE LLP

By:      /s/ Eric N. Heyer
Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Krupa Patel
Ryan D. Callinan
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
krupa.patel@thompsonhine.com
ryan.callinan@thompsonhine.com

*Counsel for Defendant Midwest Goods Inc. (d/b/a Midwest Distribution Illinois)*
*Co-Counsel for Defendant Safa Goods LLC*

By:       /s/ Krupa Patel
Krupa Patel
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.973.2759
Fax: 202.331.8330
krupa.patel@thompsonhine.com

*Counsel for Defendants SV3, LLC (d/b/a Mi-One Brands) and 10 Days, Inc. (d/b/a Pod Juice)*

PETERS BROVNER LLP

By:    /s/ Lesley Brovner
Lesley Brovner
Mark Peters
Madison Kucker
139 Fulton Street – Suite 132
New York, New York 10038
Phone: 917.639.3270
lbrovner@petersbrovner.com
mpeters@petersbrovner.com
mkucker@petersbrovner.com

2

*Co-Counsel for Safa Goods LLC*

BUCHANAN INGERSOLL & ROONEY P.C.

By: /s/ Christopher James Dalton
   Christopher James Dalton
   550 Broad Street, Ste. 810
   Newark, New Jersey 07102-4582
   Phone: (973) 273-9800
   Fax: (973) 273-9430
   christopher.dalton@bipc.com

*Counsel for Myle Vape Inc. and MVH I, Inc.*

ZANICORN LEGAL PLLC

By: /s/ Mary G. Bielaska
   Mary G. Bielaska
   845 Third Avenue
   6th Floor
   New York, New York 10022
   Phone: 858.761.2197
   Fax: 858.886.7911
   mary.bielaska@zanicorn.com

*Counsel for Puff Bar, Evo Brands, LLC, and PVG2, LLC (d/b/a Puff Bar)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on all counsel of record.

   /s/ Eric N. Heyer
   Eric N. Heyer

3