## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>PUFF BAR, EVO BRANDS, LLC, PVG2, LLC d/b/a PUFF BAR, MIDWEST GOODS INC. d/b/a MIDWEST DISTRIBUTION ILLINOIS, 10 DAYS, INC. d/b/a POD JUICE, SAFA GOODS LLC, SV3, LLC d/b/a MI-ONE BRANDS, MYLÉ VAPE INC., MVH 1, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02850<br><br><br>**ANSWER TO COMPLAINT ON BEHALF OF DEFENDANTS MYLÉ VAPE INC. AND MVH I, INC.** |

Defendants MYLÉ Vape Inc. and MVH I, Inc. ("MYLÉ Defendants"), by and through their undersigned attorneys, hereby answer the Complaint of Plaintiff, the City of New York, and state as follows:

### As to "PRELIMINARY STATEMENT"

1.      The allegations in Paragraph 1 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

2.      The allegations in Paragraph 2 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

3.      The allegations in Paragraph 3 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

4.    The allegations in Paragraph 4 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

5.    The allegations in Paragraph 5 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

6.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 6, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

7.    The allegations in Paragraph 7 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

8.    The MYLÉ Defendants deny the allegations in Paragraph 8.

9.    The allegations in Paragraph 9 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

10.    The allegations in Paragraph 10 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

11.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 11, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

12.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 12, which

are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

## As to "JURISDICTION AND VENUE"

13.     The allegations in Paragraph 13 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

14.     The allegations in Paragraph 14 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

15.     The allegations in Paragraph 15 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

## As to "PARTIES"

**I.      As to "PLAINTIFF"**

16.     The allegations in Paragraph 16 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**II.     As to "DEFENDANTS"**

17.     The allegations in Paragraph 17 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

18.     The allegations in Paragraph 18 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

19.     The allegations in Paragraph 19 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

20.     The allegations in Paragraph 20 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

21.     The allegations in Paragraph 21 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

22.     The allegations in Paragraph 22 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

23.     The allegations in Paragraph 23 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

24.     The MYLÉ Defendants deny having a principal place of business in Jamaica, NY. The MYLÉ Defendants admit the remaining allegations in Paragraph 24.

25.     The MYLÉ Defendants admit the allegations in Paragraph 25.

<u>**As to "FACTUAL ALLEGATIONS"**</u>

I.     **As to "OLD TACTICS, NEW PRODUCTS, SAME PROBLEMS: DEFENDANTS HAVE OPENLY MARKETED AND SOLD ILLEGAL AND DANGEROUS VAPOR PRODUCTS."**

26.     The allegations in Paragraph 26 constitute conclusions of law to which no response

is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

27.    The MYLÉ Defendants admit MYLÉ manufactures products in China and distributes to wholesalers globally, for the products' sale and distribution as permitted by law. The MYLÉ Defendants deny the remaining allegations in Paragraph 27.

28.    The MYLÉ Defendants admit MYLÉ manufactures products in China and distributes to wholesalers globally, for the products' sale and distribution as permitted by law. The MYLÉ Defendants deny the remaining allegations in Paragraph 28.

29.    The MYLÉ Defendants admit MYLÉ it promotes the brand through branded apparel and has co-sponsored global events. The MYLÉ Defendants deny the remaining allegations in Paragraph 29.

30.    The allegations in Paragraph 30 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**A.    As to "Defendants Make the Tobacco Industry's Strategies Their Own."**

31.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 31, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

32.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 32, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

33.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 33, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants

deny the allegations in this Paragraph.

34.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 34, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

35.    The allegations in Paragraph 35 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

36.    The MYLÉ Defendants deny the allegations in Paragraph 36.

37.    The MYLÉ Defendants deny the allegations in Paragraph 37.

38.    The MYLÉ Defendants deny the allegations in Paragraph 38.

**1.    As to "The Rise of E-Cigarettes"**

39.    The MYLÉ Defendants deny the allegations in Paragraph 39.

40.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 40, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

41.    The allegations in Paragraph 41 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

42.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 42, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

43.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 43, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants

deny the allegations in this Paragraph.

44.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 44, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

45.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 45, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

46.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 46, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

47.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 47, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

48.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 48, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

49.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 49, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

50.    The allegations in Paragraph 50 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

51.    The MYLÉ Defendants deny the allegations in Paragraph 51.

2.  As to "Puff Bar Emerges and Creates the Marketing Playbook for Disposable E-cigarettes."

52.    The allegations in Paragraph 52 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

53.    The allegations in Paragraph 53 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

54.    The allegations in Paragraph 54 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

55.    The allegations in Paragraph 55 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

56.    The allegations in Paragraph 56 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

57.    The allegations in Paragraph 57 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

58.    The MYLÉ Defendants deny the allegations in Paragraph 58.

B.  As to "Today's Disposable E-cigarettes, Which Defendants Control in New York, are Dangerous and Designed to Be Irresistible to Youth."

59.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 59, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants

deny the allegations in this Paragraph.

60.    The allegations in Paragraph 60 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

61.    The allegations in Paragraph 61 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

62.    The allegations in Paragraph 62 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

63.    The allegations in Paragraph 63 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

64.    The allegations in Paragraph 64 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

65.    The allegations in Paragraph 65 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

66.    The allegations in Paragraph 66 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

67.    The allegations in Paragraph 67 refer to documents, which are not attached to the

Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

68.    The MYLÉ Defendants deny the allegations in Paragraph 68.

69.    The allegations in Paragraph 69 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

70.    The allegations in Paragraph 70 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

71.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 71, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

72.    The allegations in Paragraph 72 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

73.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 73, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

74.    The allegations in Paragraph 74 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

75.    The allegations in Paragraph 75 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court

requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

76.     The allegations in Paragraph 76 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

77.     The allegations in Paragraph 77 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**II.     As to "IGNORING THE GUARDRAILS: EVERY SALE OF DEFENDANTS' E-CIGARETTES VIOLATES THE LAW AND CREATES, MAINTAINS, OR CONTRIBUTES TO A PUBLIC HEALTH CRISIS THAT NEW YORK CITY STRUGGLES TO CONTAIN."**

78.     The allegations in Paragraph 78 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

79.     The allegations in Paragraph 79 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

80.     The allegations in Paragraph 80 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

81.     The allegations in Paragraph 81 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

82.     The allegations in Paragraph 82 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court

requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

83.    The allegations in Paragraph 83 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

84.    The allegations in Paragraph 84 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**A.    As to "Defendants Actively Subvert Evidence-Based Federal, State, and Local Laws."**

85.    The MYLÉ Defendants acknowledge Plaintiff's statements in Paragraph 85, which are not directed at the MYLÉ Defendants. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**1.    As to "Defendants Violate the Federal Prevent All Cigarette Trafficking ('PACT') Act."**

86.    The allegations in Paragraph 86 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

87.    The allegations in Paragraph 87 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

88.    The allegations in Paragraph 88 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

89.    The allegations in Paragraph 89 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this

Paragraph.

90.    The allegations in Paragraph 90 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

91.    The allegations in Paragraph 91 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

92.    The allegations in Paragraph 92 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

93.    The allegations in Paragraph 93 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

94.    The allegations in Paragraph 94 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

95.    The MYLÉ Defendants deny the allegations in Paragraph 95.

96.    The allegations in Paragraph 96 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

97.    The allegations in Paragraph 97 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

### 2. As to "Defendants Violate Multiple Provisions of New York's Public Health Law Regarding the Marketing and Sale of E-cigarettes."

98. The allegations in Paragraph 98 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

99. The allegations in Paragraph 99 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

100. The allegations in Paragraph 100 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

101. The allegations in Paragraph 101 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

102. The allegations in Paragraph 102 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

### a. As to "Each Defendant Has Violated New York's Flavor Ban (N.Y. Pub. Health L. § 1399-mm-1)."

103. The allegations in Paragraph 103 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

104. The allegations in Paragraph 104 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

105.    The MYLÉ Defendants deny the allegations in Paragraph 105.

106.    The allegations in Paragraph 106 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

107.    The allegations in Paragraph 107 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

> **b.    As to "Each Defendant Has Violated New York's Ban on Shipping (N.Y. Pub. Health L. § 1399-ll)."**

108.    The allegations in Paragraph 108 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

109.    The allegations in Paragraph 109 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

110.    The allegations in Paragraph 110 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

111.    The allegations in Paragraph 111 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

112.    The MYLÉ Defendants deny the allegations in Paragraph 112.

113.    The MYLÉ Defendants deny the allegations in Paragraph 113.

114.    The allegations in Paragraph 114 constitute conclusions of law to which no

response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

      c.      **As to "Certain Defendants Have Violated New York's Required Ingredient Disclosures (N.Y. Pub. Health L. § 1701)."**

115.    The allegations in Paragraph 115 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

116.    The allegations in Paragraph 116 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

117.    The allegations in Paragraph 117 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

118.    The allegations in Paragraph 118 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

119.    The allegations in Paragraph 119 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

120.    The allegations in Paragraph 120 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

121.    The allegations in Paragraph 121 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court

requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

122.    The allegations in Paragraph 122 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

123.    The allegations in Paragraph 123 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

124.    The allegations in Paragraph 124 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

125.    The allegations in Paragraph 125 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

126.    The MYLÉ Defendants admit MVH 1 is the trademark holder of the MYLÉ brand. MYLÉ Defendants deny that MVH 1 is a distributor. The MYLÉ Defendants deny the remaining allegations in Paragraph 126.

127.    The allegations in Paragraph 127 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

128.    The allegations in Paragraph 128 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

129.    The allegations in Paragraph 129 constitute conclusions of law to which no

response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

130.    The allegations in Paragraph 130 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

### d.    As to "Each Defendant Has Violated New York City Law."

131.    The allegations in Paragraph 131 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

### 3.    As to "Each Defendant Has Violated the Federal Food, Drug, and Cosmetic Act ('FD&C Act') and FDA Regulations."

132.    The allegations in Paragraph 132 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

133.    The allegations in Paragraph 133 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

134.    The allegations in Paragraph 134 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

135.    The allegations in Paragraph 135 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

136.    The allegations in Paragraph 136 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

137.    The MYLÉ Defendants admit they have received FDA warning letters, to which they have responded. The remaining allegations in Paragraph 137 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

138.    The MYLÉ Defendants deny the allegations in Paragraph 138.

139.    The allegations in Paragraph 139 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**B.    As to "The Flavored Vapor Product Supply Chain Involves International and Interstate Commerce and Defendants Substantially Control New York's Supply."**

140.    The allegations in Paragraph 140 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

141.    The MYLÉ Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 and therefore deny the allegations in this Paragraph.

142.    The MYLÉ Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 142 and therefore deny the allegations in this Paragraph.

143.    The allegations in Paragraph 143 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

144.    The MYLÉ Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 144 and therefore deny the allegations in this Paragraph.

145.    The MYLÉ Defendants deny the allegations in Paragraph 145.

146.    The allegations in Paragraph 146 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

147.    The allegations in Paragraph 147 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

148.    The allegations in Paragraph 148 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

149.    The allegations in Paragraph 149 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

150.    The allegations in Paragraph 150 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

III.    **As to "EACH DEFENDANT HAS PERSISTENTLY AND ILLEGALLY MARKETED, SOLD, AND SHIPPED FLAVORED E-CIGARETTES INTO NEW YORK CITY"**

151.    The allegations in Paragraph 151 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations

in this Paragraph.

152.    The allegations in Paragraph 152 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

153.    The allegations in Paragraph 153 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

154.    The allegations in Paragraph 154 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

155.    The allegations in Paragraph 155 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

A.    As to "The Puff Defendants – The First Mega-Popular Disposable Vape"

156.    The allegations in Paragraph 156 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

157.    The allegations in Paragraph 157 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

158.    The allegations in Paragraph 158 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

159.    The allegations in Paragraph 159 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

160.    The allegations in Paragraph 160 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

161.    The allegations in Paragraph 161 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

162.    The allegations in Paragraph 162 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

163.    The allegations in Paragraph 163 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

164.    The allegations in Paragraph 164 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

165.    The allegations in Paragraph 165 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

166.    The allegations in Paragraph 166 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

167.    The allegations in Paragraph 167 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

168.    The allegations in Paragraph 168 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

169.    The allegations in Paragraph 169 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

170.    The allegations in Paragraph 170 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

171.    The allegations in Paragraph 171 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

172.    The allegations in Paragraph 172 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

173.    The allegations in Paragraph 173 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

174.    The allegations in Paragraph 174 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

175.    The allegations in Paragraph 175 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

176.    The allegations in Paragraph 176 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

177.    The allegations in Paragraph 177 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

178.    The allegations in Paragraph 178 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

179.    The allegations in Paragraph 179 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

180.    The allegations in Paragraph 180 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

181.    The allegations in Paragraph 181 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

182.    The allegations in Paragraph 182 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

183.    The allegations in Paragraph 183 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

184.    The allegations in Paragraph 184 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

185.    The allegations in Paragraph 185 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

186.    The allegations in Paragraph 186 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

187.    The allegations in Paragraph 187 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

188.    The allegations in Paragraph 188 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

189.    The allegations in Paragraph 189 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

190.    The allegations in Paragraph 190 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

191.    The allegations in Paragraph 191 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

192.    The allegations in Paragraph 192 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

193.    The allegations in Paragraph 193 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

194.    The allegations in Paragraph 194 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

195.    The allegations in Paragraph 195 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

196.    The allegations in Paragraph 196 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

197.    The allegations in Paragraph 197 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

198.    The allegations in Paragraph 198 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

199.    The allegations in Paragraph 199 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

200.    The allegations in Paragraph 200 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

201.    The allegations in Paragraph 201 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

202.    The allegations in Paragraph 202 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

203.    The allegations in Paragraph 203 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

204.    The allegations in Paragraph 204 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

205.    The allegations in Paragraph 205 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

206.    The allegations in Paragraph 206 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

207.    The allegations in Paragraph 207 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

208.    The allegations in Paragraph 208 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

209.    The allegations in Paragraph 209 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

210.    The allegations in Paragraph 210 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

211.    The allegations in Paragraph 211 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**B.    As to "Midwest Goods – A Leading Distributor with a Big Media Focus"**

212.    The allegations in Paragraph 212 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

213.    The allegations in Paragraph 213 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

214.    The allegations in Paragraph 214 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

215.    The allegations in Paragraph 215 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

216.    The allegations in Paragraph 216 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

217.    The allegations in Paragraph 217 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

218.    The allegations in Paragraph 218 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

219.    The allegations in Paragraph 219 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

220.    The allegations in Paragraph 220 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

221.    The allegations in Paragraph 221 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

222.    The allegations in Paragraph 222 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

223.    The allegations in Paragraph 223 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

224.    The allegations in Paragraph 224 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

225.    The allegations in Paragraph 225 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

226.    The allegations in Paragraph 226 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

227.    The allegations in Paragraph 227 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

228.    The allegations in Paragraph 228 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

229.    The allegations in Paragraph 229 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

230.    The allegations in Paragraph 230 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

231.    The allegations in Paragraph 231 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

232.    The allegations in Paragraph 232 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

233.    The allegations in Paragraph 233 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

234.    The allegations in Paragraph 234 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

235.    The allegations in Paragraph 235 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

236.    The allegations in Paragraph 236 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

237.    The allegations in Paragraph 237 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

238.    The allegations in Paragraph 238 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

239.    The allegations in Paragraph 239 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

240.    The allegations in Paragraph 240 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

241.    The MYLÉ Defendants admit that MYLÉ is a manufacturer. The MYLÉ Defendants deny the remaining allegations in Paragraph 241.

242.    The allegations in Paragraph 242 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

243.    The allegations in Paragraph 243 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

244.    The allegations in Paragraph 244 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

245.    The allegations in Paragraph 245 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

246.    The allegations in Paragraph 246 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

247.    The allegations in Paragraph 247 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

248.    The allegations in Paragraph 248 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

249.    The allegations in Paragraph 249 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

250.    The allegations in Paragraph 250 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**C.    As to "Pod Juice – A Manufacturer and Distributor of Highly Potent e-cigarettes"**

251.    The allegations in Paragraph 251 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

252.    The allegations in Paragraph 252 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

253.    The allegations in Paragraph 253 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

254.    The allegations in Paragraph 254 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

255.    The allegations in Paragraph 255 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

256.    The allegations in Paragraph 256 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

257.    The allegations in Paragraph 257 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

258.    The allegations in Paragraph 258 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

259.    The allegations in Paragraph 259 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

260.    The allegations in Paragraph 260 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

261.    The allegations in Paragraph 261 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

262.    The allegations in Paragraph 262 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

263.    The allegations in Paragraph 263 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

264.    The allegations in Paragraph 264 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

265.    The allegations in Paragraph 265 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

266.    The allegations in Paragraph 266 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

267.    The allegations in Paragraph 267 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

268.    The allegations in Paragraph 268 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

269.    The allegations in Paragraph 269 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

270.    The allegations in Paragraph 270 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

271.    The allegations in Paragraph 271 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

272.    The allegations in Paragraph 272 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

273.    The allegations in Paragraph 273 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

274.    The allegations in Paragraph 274 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

275.    The allegations in Paragraph 275 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

276.    The allegations in Paragraph 276 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

277.    The allegations in Paragraph 277 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

278.    The allegations in Paragraph 278 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

279.    The allegations in Paragraph 279 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

280.    The allegations in Paragraph 280 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

281.    The allegations in Paragraph 281 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**D.    As to "Safa Goods – A One-Stop Shop for Vape Sellers with a Nationwide Distribution Network"**

282.    The allegations in Paragraph 282 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

283.    The allegations in Paragraph 283 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

284.    The allegations in Paragraph 284 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

285.    The allegations in Paragraph 285 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

286.    The allegations in Paragraph 286 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

287.    The allegations in Paragraph 287 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

288.    The allegations in Paragraph 288 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

289.    The allegations in Paragraph 289 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

290.    The allegations in Paragraph 290 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

291.    The allegations in Paragraph 291 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

292.    The allegations in Paragraph 292 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

293.    The allegations in Paragraph 293 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

294.    The allegations in Paragraph 294 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

295.    The allegations in Paragraph 295 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

296.    The allegations in Paragraph 296 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

297.    The allegations in Paragraph 297 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

298.    The allegations in Paragraph 298 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

299.    The allegations in Paragraph 299 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**E.    As to "Mi-One – A Brand, Distributor, and Conspiracist"**

300.    The allegations in Paragraph 300 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

301.    The allegations in Paragraph 301 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

302.    The allegations in Paragraph 302 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

303.    The allegations in Paragraph 303 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

304.    The allegations in Paragraph 304 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

305.    The allegations in Paragraph 305 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

306.    The allegations in Paragraph 306 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

307.    The allegations in Paragraph 307 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

308.    The allegations in Paragraph 308 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

309.    The allegations in Paragraph 309 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

310.    The allegations in Paragraph 310 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

311.    The allegations in Paragraph 311 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

312.    The allegations in Paragraph 312 are not directed at the MYLÉ Defendants and

therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

313.    The allegations in Paragraph 313 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

314.    The allegations in Paragraph 314 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

315.    The allegations in Paragraph 315 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

316.    The allegations in Paragraph 316 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

317.    The allegations in Paragraph 317 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

318.    The allegations in Paragraph 318 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

319.    The allegations in Paragraph 319 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

320.    The allegations in Paragraph 320 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

321.    The allegations in Paragraph 321 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

322.    The allegations in Paragraph 322 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

323.    The allegations in Paragraph 323 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

324.    The allegations in Paragraph 324 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

325.    The allegations in Paragraph 325 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

326.    The allegations in Paragraph 326 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

327.    The allegations in Paragraph 327 are not directed at the MYLÉ Defendants and therefore the MYLÉ Defendants are not required to respond. If the Court requires a response, the

MYLÉ Defendants deny the allegations in this Paragraph.

F.      As to "Mylé – A Favored Brand and Distributor with Swag"

328.    The MYLÉ Defendants admit the allegations in Paragraph 328.

329.    The MYLÉ Defendants deny the allegations in the first sentence of Paragraph 329 as stated. The MYLÉ Defendants admit the remaining allegations in Paragraph 329.

330.    The MYLÉ Defendants admit that they own and operate MYLÉvape.com for information purposes only. The MYLÉ Defendants deny the remaining allegations in Paragraph 330.

331.    The MYLÉ Defendants deny the allegations in Paragraph 331.

332.    The MYLÉ Defendants admit that MYLÉ is a manufacturer. The MYLÉ Defendants deny the remaining allegations in Paragraph 332.

333.    The MYLÉ Defendants deny the allegations in Paragraph 333.

334.    The MYLÉ Defendants admit that MYLÉ distributed products. The MYLÉ Defendants deny products were intended for sale in New York. The MYLÉ Defendants deny the remaining allegations in Paragraph 334.

335.    The MYLÉ Defendants admit that the products identified in Paragraph 335 are MYLÉ products. The MYLÉ Defendants deny the remaining allegations in Paragraph 335.

336.    MYLÉ Defendants deny their products are manufactured in Dubai, U.A.E. The remaining allegations in Paragraph 336 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

337.    The MYLÉ Defendants admit that they own and operate www.mylévape.com for informational purposes only. The remaining allegations in Paragraph 337 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content

and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

338.    The allegations in Paragraph 338 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

339.    The allegations in Paragraph 339 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

340.    The MYLÉ Defendants deny the allegation "that most of the e-cigarettes have not received premarket authorization from the FDA." The MYLÉ Defendants deny the remaining allegations in Paragraph 340.

341.    The MYLÉ Defendants admit they have received FDA warning letters, to which they have responded, and further state that they suspended all direct-to-consumer sales immediately after receiving notice from the FDA. The MYLÉ Defendants deny the remaining allegations in Paragraph 341.

342.    The allegations in Paragraph 342 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph. By way of further response, the MYLÉ Defendants that they suspended all direct-to-consumer sales immediately after receiving notice from the FDA.

343.    The MYLÉ Defendants deny that their products are available for purchase through their website. The remaining allegations in Paragraph 343 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If

the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

344.    The MYLÉ Defendants admit they have received FDA warning letters, with which they complied in accordance with the law. The MYLÉ Defendants deny the remaining allegations in Paragraph 344.

345.    The allegations in Paragraph 345 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

346.    The MYLÉ Defendants deny that MYLÉ sells any products to retailers or individuals. The MYLÉ Defendants admit the remaining allegations in Paragraph 346.

347.    The allegations in Paragraph 347 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

348.    The allegations in Paragraph 34 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

349.    The allegations in Paragraph 349 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

350.    The MYLÉ Defendants deny the allegations in Paragraph 350.

351.    The MYLÉ Defendants admit that MYLÉ is a manufacturer. The MYLÉ Defendants deny the remaining allegations in Paragraph 351.

352.    The allegations in Paragraph 352 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations

in this Paragraph.

353.    The MYLÉ Defendants admit that MYLÉ distributes e-cigarettes globally. The MYLÉ Defendants deny the remaining allegations in Paragraph 353.

354.    The allegations in Paragraph 354 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**G.    As to "The Relationship Among Defendants"**

355.    The MYLÉ Defendants deny the allegations in Paragraph 355.

356.    The allegations in Paragraph 356 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**IV.    As to "THE PRICE PAID BY THE CITY: DEFENDANTS' FLAVORED E-CIGARETTES HAVE HARMED NEW YORK CITY AND WILL CONTINUE TO DO SO IF UNABATED."**

357.    The allegations in Paragraph 357 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**A.    As to "Too Many New York Teens Are Vaping Today Because of the Defendants-Controlled Market for disposable e-cigarettes, Despite a Steep Decline in the Use of Tobacco Products."**

358.    The allegations in Paragraph 358 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

359.    The allegations in Paragraph 359 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

47

360.    The allegations in Paragraph 360 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

361.    The allegations in Paragraph 361 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

362.    The allegations in Paragraph 362 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

363.    The allegations in Paragraph 363 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

364.    The allegations in Paragraph 364 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

365.    The allegations in Paragraph 365 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**B.      As to "Defendants' Disposable E-cigarettes Are Negatively Affecting New York City Adolescents' Health and Wellbeing."**

366.    The allegations in Paragraph 366 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

367.    The allegations in Paragraph 367 refer to documents, which are not attached to the

Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

368.    The allegations in Paragraph 368 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

369.    The MYLÉ Defendants deny the allegations in Paragraph 369.

370.    The allegations in Paragraph 370 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

371.    The allegations in Paragraph 371 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

   **C.    As to "Defendants Must Abate the Harm They Have Caused, Contributed to, or Maintained."**

372.    The allegations in Paragraph 372 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

373.    The allegations in Paragraph 373 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

374.    The allegations in Paragraph 374 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

375.    The allegations in Paragraph 375 refer to documents, which are not attached to the

Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

376. The allegations in Paragraph 376 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

377. The MYLÉ Defendants deny the allegations in Paragraph 377.

378. The allegations in Paragraph 378 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

379. The MYLÉ Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 379 and therefore deny the allegations in this Paragraph.

380. The MYLÉ Defendants deny the allegations in Paragraph 380.

381. The MYLÉ Defendants deny the allegations in Paragraph 381.

382. The allegations in Paragraph 382 refer to documents, which are not attached to the Complaint, to which the MYLÉ Defendants refer for their content and accuracy. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

383. The MYLÉ Defendants deny the allegations in Paragraph 383.

**V.    As to "CLAIMS FOR RELIEF"**

### As to "FIRST CAUSE OF ACTION"
**Alleging "VIOLATIONS OF THE PACT ACT, 15 U.S.C. § 376a DELIVERY SALES (AGAINST ALL DEFENDANTS EXCEPT EVO BRANDS AND MVH I)"**

384. MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

385.    The allegations in Paragraph 385 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

386.    The allegations in Paragraph 386 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

387.    The allegations in Paragraph 387 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

388.    The allegations in Paragraph 388 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

389.    The allegations in Paragraph 389 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

390.    The allegations in Paragraph 390 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

391.    The allegations in Paragraph 391 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

392.    The allegations in Paragraph 392 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations

in this Paragraph.

393.    The allegations in Paragraph 393 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

394.    The allegations in Paragraph 394 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**As to "SECOND CAUSE OF ACTION"**
**Alleging "VIOLATIONS OF THE PACT ACT, 15 U.S.C. § 376**
**REGISTRATION & REPORTING**
**(AGAINST ALL DEFENDANTS EXCEPT EVO BRANDS AND MVH I)"**

395.    MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

396.    The allegations in Paragraph 396 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

397.    The allegations in Paragraph 397 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

398.    The allegations in Paragraph 398 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

399.    The allegations in Paragraph 399 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

400.     The allegations in Paragraph 400 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

401.     The allegations in Paragraph 401 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

402.     The allegations in Paragraph 402 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

403.     The allegations in Paragraph 403 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**As to "THIRD CAUSE OF ACTION"**
**Alleging "VIOLATIONS OF THE PACT ACT, 18 U.S.C. § 1716E**
**NONMAILABLE PRODUCTS**
**(AGAINST ALL DEFENDANTS EXCEPT EVO BRANDS AND MVH I)"**

404.     MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

405.     The allegations in Paragraph 405 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

406.     The allegations in Paragraph 406 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

407.     The allegations in Paragraph 407 constitute conclusions of law to which no

response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

408.    The allegations in Paragraph 408 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

409.    The allegations in Paragraph 409 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

410.    The allegations in Paragraph 410 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

<u>As to "FOURTH CAUSE OF ACTION"</u>
**Alleging "VIOLATION OF N.Y.C. ADMINISTRATIVE CODE § 17-715
(AGAINST ALL DEFENDANTS)"**

411.    MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

412.    The allegations in Paragraph 412 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

413.    The allegations in Paragraph 413 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

<u>As to "FIFTH CAUSE OF ACTION"</u>
**Alleging "VIOLATION OF N.Y. PUB. HLTH. L. § 1399-ll**
**(AGAINST ALL DEFENDANTS)"**

414.    MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

415.    The allegations in Paragraph 415 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

416.    The allegations in Paragraph 416 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

417.    The allegations in Paragraph 417 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

418.    The allegations in Paragraph 418 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

419.    The allegations in Paragraph 419 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

<u>As to "SIXTH CAUSE OF ACTION"</u>
**Alleging "COMMON-LAW PUBLIC NUISANCE**
**(AGAINST ALL DEFENDANTS)"**

420.    MYLÉ Defendants repeat and reassert each of the foregoing paragraphs as if set forth herein.

421.    The allegations in Paragraph 421 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

422.    The allegations in Paragraph 422 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

423.    The allegations in Paragraph 423 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

424.    The allegations in Paragraph 424 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

425.    The allegations in Paragraph 425 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

426.    The allegations in Paragraph 426 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

427.    The allegations in Paragraph 427 constitute conclusions of law to which no response is required. If the Court requires a response, the MYLÉ Defendants deny the allegations in this Paragraph.

**WHEREFORE**, the MYLÉ Defendants deny the allegations in Plaintiff's Prayer for Relief, and respectfully request that Plaintiff take nothing by way of its Complaint, that judgment be granted in the MYLÉ Defendants' favor and against Plaintiff, and that the Court award the MYLÉ Defendants such other relief as the Court deems just and proper, including, but not limited to, an award of costs and reasonable attorney's fees and expenses in defending themselves in this action.

## <u>AFFIRMATIVE DEFENSES</u>

1.      The Complaint fails in whole or in part to state a claim upon which relief may be granted.

2.      Plaintiff's claims are barred in whole or in part by the doctrines of accord and satisfaction, estoppel, failure of consideration, laches, payment, release, unclean hands, and/or waiver.

3.      Plaintiff's damages, if any, are the result of Plaintiff's actions or the actions of persons over whom the MYLÉ Defendants had no control.

4.      Plaintiff's claims fail in whole or in part because Plaintiff lacks Article III or statutory standing.

5.      There is no direct or proximate causal relationship between the conduct of MYLÉ Defendants and any harm identified in the Complaint.

6.      To the extent MYLÉ Defendants violated any law or regulation, MYLÉ Defendants did not act knowingly, willfully, intentionally, or maliciously.

7.      Plaintiff has failed to mitigate its alleged damages.

8.      Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

9.      Plaintiff's claims are preempted, in whole or in part, by federal law.

10.     Plaintiff's claims are barred in whole or in part to the extent they seek to impose liability based on constitutionally protected speech under the First Amendment.

11.     Plaintiff is not entitled to any equitable relief because it would have an adequate remedy at law.

12.     MYLÉ Defendants did not commit any common-law public nuisance.

13.     MYLÉ Defendants did not violate N.Y. PUB. HLTH. L. § 1399-ll.

14.     MYLÉ Defendants did not violate The Pact Act.

15.     MYLÉ Defendants did not violate N.Y.C. ADMINISTRATIVE CODE § 17-715.

16.     MYLÉ Defendants hereby adopt any and all additional or other affirmative defenses pled by any other Defendant in this action.

The MYLÉ Defendants expressly reserve the right to assert additional affirmative defenses if such defenses become apparent through discovery or through the clarification of any claims that Plaintiff is attempting to assert against the MYLÉ Defendants.

Dated: July 18, 2025

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendants, MYLÉ Vape Inc. and MVH I, Inc.*

*s/Christopher J. Dalton*
Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
christopher.dalton@bipc.com