AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| City of New York | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02850-MMG |
| Puff Bar, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the City of New York.

Date: 08/29/2025

/s/ Aatif Iqbal
*Attorney's signature*

Aatif Iqbal #5068515
*Printed name and bar number*

100 Church St.
New York, NY 10007
*Address*

aiqbal@law.nyc.gov
*E-mail address*

(212) 356-2294
*Telephone number*

*FAX number*