

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Aatif Iqbal**
Assistant Corporation Counsel
212.356.2294
aiqbal@law.nyc.gov

September 23, 2025

**<u>VIA ECF</u>**

Honorable Margaret M. Garnett
United States District Court for the
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *City of New York v. Puff Bar, et al.*, Case No. 25-CV-02850

Dear Judge Garnett:

This Office represents Plaintiff the City of New York (the "City"). As noted in the parties' September 19, 2025 joint letter (ECF No. 63-1), the parties endeavored to jointly submit a proposed protective order by today, in preparation for the September 25, 2025 conference. However, despite our best efforts, the parties are currently at impasse on certain issues, requiring the parties to submit competing versions of a proposed confidentiality and protective order for the Court's consideration and resolution.

As noted in the State's letter filed today in the State Action (ECF No. 111 in *People of New York v. Puff Bar*, *et al.*, Case No. 25-CV-01445), counsel for the State, the City, and nearly all Defendants (Price Point Defendants were not present) met and conferred this morning in the hopes of resolving their differences on the confidentiality and protective order. Though the parties may reach agreement on one of the outstanding issues, some counsels' trial schedules and observance of Rosh Hashanah prevented additional meaningful discussions at this time. Regardless, there remains an impasse as to the confidentiality and protective order, requiring this Court's review and resolution, in the best interest of this case.

The proposed confidentiality and protective order submitted herewith is identical to that submitted by the State, except for the case caption and signature blocks. We understand that Defendants will submit their proposed protective order separately.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Aatif Iqbal*
Aatif Iqbal
Assistant Corporation Counsel