

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK
CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

October 3, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *City of New York v. Puff Bar, et al.*
              Case No. 25-cv-02850

Dear Judge Garnett:

    We write to respond to the City's letter regarding their proposed Protective Order. Defendants object to the City's proposed protective order for the same reasons as those stated at the Court's Case Management Conference for both the State and City case, and in their letter submitted in the State case. For convenience, Defendants submit with this letter, their identical proposed "confidentiality and protective order" for the Court's consideration and resolution.[1]

    Furthermore, the City's letter highlights Defendants' concern. The City shared confidential information obtained in private, civil litigation for the sole purpose of obtaining a result it could not obtain in litigation. Additionally, the information it shared was information the United States Postal Service already had or could have obtained directly from the producing party through legitimate means.

    We appreciate the Court's attention to this matter, and review and resolution of this dispute.

                                           Respectfully,

                                           Joseph A. Smith

---

[1] Defendants submitted the proposal in the State case with the understanding that the protective order entered in that case would apply to both the State and City case. Defendants note that Exhibit A, "Acknowledgement and Agreement to be Bound" attached to their proposed "confidentiality and protective order" in the State case specifically provides for the same protective order being issued in and applicable to both cases.

Joe.Smith@thompsonhine.com   Fax: 202.331.8330   Phone: 202.263.4145

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330