Christopher J. Dalton
**BUCHANAN INGERSOLL & ROONEY PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
Phone: (973) 273-9800
Fax: (973) 273-9430
*Attorneys for Defendants,*
*MYLÉ Vape Inc. and MVH I, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>PUFF BAR, EVO BRANDS, LLC, PVG2, LLC d/b/a PUFF BAR, MIDWEST GOODS INC. d/b/a MIDWEST DISTRIBUTION ILLINOIS, 10 DAYS, INC. d/b/a POD JUICE, SAFA GOODS LLC, SV3, LLC d/b/a MI-ONE BRANDS, MYLÉ VAPE INC., MVH 1, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02850<br><br>**RULE 26 DISCLOSURES ON BEHALF OF DEFENDANT MYLÉ VAPE INC. AND MVH I, INC.** |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants MYLÉ Vape Inc. and MVH I, Inc. ("MYLÉ Defendants") hereby make the following automatic initial disclosures based upon the information currently available to them. MYLÉ Defendants do not waive, and specifically reserve, their rights (a) to supplement and/or amend these disclosures pursuant to Fed. R. Civ. P. 26(e); (b) to object to the competency, admissibility, relevance, materiality, privilege, and/or any other ground, of any materials disclosed herein; and (c) to object to any other discovery requests on any other ground.

1. Name, address, and telephone number of individuals likely to have discoverable information which MYLÉ Defendants may use to support its claims (Fed. R. Civ. P. 26(a)(1)(A)):

    i. Ariel Gorelik: 18975 Collins Ave, apt 3303, Sunny Isles, FL, 33160; 917-640-0947
    ii. Alex Gogus: 5 Delaney Ct, Manalapan, NJ, 07726; 646-296-2229

2. Copy or description by category and location of all documents, electronically stored information, and tangible things in the possession, custody, or control of MYLÉ Defendants, which may be used to support its claims (Fed. R. Civ. P. 26(a)(1)(B)):

    a. Documents provided in response to the State of New York's September 19, 2024 Subpoena.

3. A computation of any category of damages claimed by MYLÉ Defendants (Fed. R. Civ. P. 26(a)(1)(C)):

    Not applicable.

4. Any insurance agreement under which any person carrying on a business of insurance may be liable to satisfy part or all of a judgment which may be rendered in this matter (Fed. R. Civ. P. 26(a)(1)(D)):

    None.

Dated: October 24, 2025         By:    /s/ Christopher J. Dalton
                                       Christopher J. Dalton
                                       **BUCHANAN INGERSOLL & ROONEY PC**
                                       550 Broad Street, Suite 810
                                       Newark, New Jersey 07102
                                       Telephone: (973) 273-9800
                                       Facsimile: (973) 273-9430
                                       christopher.dalton@bipc.com
                                       *Counsel for Defendants*
                                       *MYLÉ Vape Inc. and MVH I, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a copy of the foregoing Rule 26 Disclosures on behalf of Defendants MYLÉ Vape Inc. and MVH I, Inc. to be served electronically upon all counsel of record.

      *s/Christopher J. Dalton*
      Christopher J. Dalton, Esq.

Dated:  October 24, 2025