

THE CITY OF NEW YORK
LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Elizabeth Slater**
Assistant Corporation Counsel
212.356.2033
eslater@law.nyc.gov

February 6, 2026

By ECF

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *City of New York v. Puff Bar, et al.*, Case No. 25-cv-2850 (MMG)

Dear Judge Garnett:

      This Office represents the City of New York in the above-referenced action and write to seek a modification to the civil case management plan and scheduling order (the "CMO"). *See* ECF No. 65.

      This Court has ordered that discovery in this matter be coordinated with discovery in *State of New York v. Puff Bar, et al*. *See* ECF. No. 61.  On February 4, 2026 the State and the parties in that case requested the following extensions:

|  | Current Date | Requested New Date |
|---|---|---|
| All Fact Discovery Deadline (¶ 2(a)): | March 15, 2026 | May 15, 2026 |
| All Expert Discovery Deadline (¶ 2(b)): | July 27, 2026 | August 21, 2026 |
| Service of Requests to Admit (¶ 7(i)): | January 19, 2026[1] | April 10, 2026 |

---

[1] As the CMO permits the parties to mutually adjust the internal deadlines in Paragraphs 7(f)-(7(i) without leave of Court, the parties mutually agreed on January 16, 2026 to extend *sine die* the deadline for service

| | | |
|---|---|---|
| Initial Expert Disclosures (¶ 10(a)): | April 16, 2026 | June 8, 2026 |
| Rebuttal Expert Disclosures (¶ 10(a)): | May 27, 2026 | July 10, 2026 |

The City seeks the same extension of deadlines here so that discovery in the two cases remain aligned and because the issues present in the State case are also present in this one.

On October 27, 2025, as required by the CMO, the parties served initial sets of interrogatories and initial requests for production of documents, with initial productions scheduled to begin on December 1, 2025. Based on the holidays, competing litigation schedules, and other conflicts, Defendants sought (and the City and State agreed to) an extension of the deadlines for written objections and responses to December 21, 2025, and the initial production of documents to January 7, 2026. Since that time, the parties have served written responses and made initial productions. The City has met and conferred with all Defendants to address various disputes in response to the City's discovery demands.

Upon a review of the discovery exchanged to date, the outstanding discovery disputes that remain, and the parties' attempts to continue the conferral process (in hopes of narrowing the need for Court intervention), the parties in this case, as in the State case, mutually agree that an extension of numerous dates in the CMO would be both practical and efficient. For example, it would be more productive to have a complete production of documents to conduct a single and complete deposition of a witness, instead of recalling witnesses who have not completed document productions. Moreover, the parties have appeared before Magistrate Judge Figueredo, who has scheduled a series of settlement conferences in May to assist the parties in a potential resolution of this matter. The updated CMO contemplates additional time to accommodate those additional proceedings, without being disruptive to the continued litigation of this case. The proposed new dates will affect the summary judgment conference currently scheduled for April 15, 2026. *See* CMO, ¶ 3(a).

On behalf of all parties, we respectfully request that the Court approve the above unified schedule in the interest of the efficient administration of this multi-defendant litigation.

Respectfully,

/s/ *Elizabeth Slater*
Elizabeth Slater

cc: All Counsel of Record (via ECF)
   Counsel of Record for State of New York, Related Case No. 25-cv-1445 (MMG) (via e-mail)

---

of Requests to Admit.