```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/12/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK by Letitia James,

               Plaintiff,

-against-

PUFF BAR, et al.,

               Defendants.

---

THE CITY OF NEW YORK,

               Plaintiff,

-against-

PUFF BAR, et al.,

               Defendants.

---

25-CV-01445 (MMG)
25-CV-02850 (MMG)

**MODIFIED SCHEDULING ORDER**

---

MARGARET M. GARNETT, United States District Judge:

    The parties in both the State Action and the City Action jointly move for an extension of time to complete discovery. The motions are GRANTED.

    Accordingly, in each case, the Civil Case Management Plan and Scheduling Order dated September 26, 2025 (Case No. 25-cv-01445, Dkt. No. 114; Case No. 25-cv-02850, Dkt. No. 65) is hereby modified as follows:

- The close of fact discovery is extended from March 15, 2026 to **May 15, 2026**.
- The close of expert discovery is extended from July 27, 2026 to **August 21, 2026**.
  - The deadline for initial expert disclosures is extended to **June 8, 2026**.
  - The deadline for rebuttal expert disclosures is extended to **July 10, 2026**.
- The deadline to serve requests to admit is extended from January 19, 2026 to **April 10, 2026**.
- The post-fact-discovery conference previously scheduled for April 15, 2026 is ADJOURNED to **Wednesday, June 17, 2026 at 9:30 a.m.**

Any deadline keyed to one of the above events is correspondingly also extended.

The Clerk of Court is directed to terminate Dkt. No. 128 in Case. No. 25-cv-01445 and Dkt. No. 78 in Case No. 25-cv-02850.

Dated: February 12, 2026
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge