

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

April 1, 2026

***VIA ECF***

Hon. Margaret M. Garnett
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, New York 10007

> Re:    *State of New York v. Puff Bar, et al.*, Civil Action No. 25-cv-1445-MMG
> (Related Case: *City of New York v. Puff Bar, et al.*, Civil Action No. 25-cv-02850-MMG)
> Unopposed Letter Motion for Extension of Time to Submit Opposition to State's Letter Motion to Compel Discovery

Hon. Judge Garnett:

Pursuant to Rule I(B)(5) of your Individual Rules & Practices, the undersigned counsel respectfully submit, on behalf of our clients Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC, and on behalf of all other defendants (collectively, "Defendants"), this unopposed request for a seven-day extension of time to submit Defendants' opposition to the State's letter motion to compel discovery, Docket No. 131. Defendants seek this extension due to the upcoming Jewish Passover holiday, which begins on Wednesday, April 1, 2026, and the logistical challenge of coordinating numerous defendants and counsel to prepare a joint response, rather than flooding the docket with multiple individual submissions.

The State filed its letter motion on Monday, March 30, 2026, and, pursuant to Rule II(A)(6) of your Individual Rules & Practices, Defendants' time to respond is two business days later, or Wednesday, April 1, 2026.[1] Defendants have not sought a previous request for extension of time to respond to the State's letter motion. On Tuesday March 31, 2026, Defendants' counsel conferred with the State about their intent to seek a seven-day extension, in response to which the State took no position. If the requested seven-day extension is granted, Defendants' new due deadline to respond would be Wednesday, April 8, 2026.

For these reasons, Defendants respectfully request that Your Honor grant their request for a seven-day extension and set a new deadline of April 8, 2026, to submit their joint opposition to the State's letter motion to compel discovery.

---

[1] Defendants recognize that Rule I(B)(5) requires that, absent an emergency, a request for an extension of time must be made at least two business days prior to the original due date. Defendants respectfully request that Your Honor exercise leniency in this instance, given that Rule II(A)(6) provides Defendants only two business days to review and respond to the States's March 30, 2026 letter, and the challenge of doing so in coordination with numerous defendants and their counsel.

Eric.Heyer@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW
1919 M Street, NW, Suite 700
Washington, DC 20036
www.ThompsonHine.com



Hon. Margaret M. Garnett
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
April 1, 2026
Page 2

GRANTED. Defendants shall respond to the
State's motion to compel discovery no later
than **April 8, 2026**.

SO ORDERED. Dated April 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Eric N. Heyer
Eric N. Heyer
Joseph A. Smith
James C. Fraser
Anna M. Stressenger
Ryan D. Callinan
Irvin Hernandez
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel for Ecto World LLC d/b/a Demand
Vape, Magellan Technology, Inc., Midwest
Goods, Inc. d/b/a Midwest Distribution
Illinois, 10 Days, Inc. d/b/a Pod Juice,
Safa Goods LLC, and SV3 LLC.*

*And on behalf of all other Defendants.*