Exhibit C
Page 1

| Date of Meet and Confer | Defendants | Participating Attorneys |
|---|---|---|
| Jan. 27, 2026 | Puff Bar, EVO Brands LLC, PVG2 LLC d/b/a Puff Bar ("Puff Defendants") | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br>City: Eric Proshansky, Elizabeth Slater<br>Puff Defs: Mary Bielaska |
| Jan. 29, 2026 | All Defendants | State: Leslieann Cachola, Colleen F. Faherty, Alex Finkelstein, Wil Handley, Monica Hanna, Joy K. Mele<br>City: Aatif Iqbal, Elizabeth Slater<br>Defs: Zoe Aron, Mary Bielaska, Jackson Brown, Christopher Dalton, Eric Gotting, Irvin Hernandez, Eric Heyer, Jordynn Jackson, Madison Kucker, Michael McMullen, Daniel McGee, Mark Peters, Joseph Smith, Anna Stressenger, Victoria Tinker |
| Feb. 6, 2026 | Mylé Vape Inc. and MVH I ("Mylé Defendants") | City: Elizabeth Slater<br>Defs: Christopher Dalton, Daniel McGee |
| Feb. 6, 2026 | Safa Goods LLC, SV3 LLC d/b/a Mi-One Brands, 10 Days d/b/a Pod Juice, Midwest Goods Inc. d/b/a Midwest Distribution Illinois | City: Aatif Iqbal, Elizabeth Slater<br>Safa: Madison Kucker, Mark Peters, Joseph Smith, Ryan Callinan |
| Mar. 4, 2026 | Safa Goods LLC (re 30b6 depo notice) | City: Aatif Iqbal, Elizabeth Slater<br>Safa: Eric Heyer, Madison Kucker, Mark Peters, Lesley Brovner, Joseph Smith, Ryan Callinan |