UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                        Plaintiff,

                -against-

PUFF BAR, EVO BRANDS, LLC, PVG2, LLC d/b/a
PUFF BAR, MIDWEST GOODS INC. d/b/a MIDWEST
DISTRIBUTION ILLINOIS, 10 DAYS, INC. d/b/a POD
JUICE, SAFA GOODS LLC, SV3, LLC d/b/a MI-ONE
BRANDS, MYLÉ VAPE INC., MVH I, INC.,

                        Defendants.

------------------------------------------------------------------------- x

Case No. 25-cv-02850

## NOTICE OF RULE 30(B)(6) DEPOSITION

PLEASE TAKE NOTICE that, under Federal Rules of Civil Procedure 26 and 30(b)(6), and the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff The City of New York, by undersigned counsel, will take the testimony upon oral examination of Defendant **Safa Goods LLC** through one or more of its representatives who shall be designated to testify on Defendant's behalf regarding information known or reasonably available to Defendant with respect to each of the subject matters identified by the attached Exhibit A. Defendant is to identify the designated deponents and the matters on which each person will testify at least fourteen (14) days prior to the deposition.

The deposition shall commence on **March 26, 2026**, at 10:00 AM ET, at the offices of the New York City Law Department, 100 Church Street, New York, New York 10007, or at such other time and place as may be agreed to by the parties, and will continue from day to day until completed. The deposition will be recorded by stenographic, audio, and/or audiovisual means

1

and/or by videotape, and will be taken before a Notary Public or other officer authorized by law to administer oaths who is not an attorney, or an employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein.

Plaintiffs reserve the right to supplement or amend this notice and Exhibit A.

Dated:   New York, New York
         February 12, 2026

MURIEL GOODE-TRUFANT
Corporation Counsel of the
     City of New York
*Attorney for Plaintiff*
100 Church Street Rm 3-216
New York, New York 10007
(212) 356-2294

By:   _____
          Eric Proshansky

Elizabeth Slater
Aatif Iqbal
Assistant Corporation Counsels

## Exhibit A

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff sets forth the below matters for examination. For purposes of understanding the below topics, unless otherwise indicated, Plaintiff incorporates by reference the definitions set forth in Plaintiff's First Set of Interrogatories.

The subject matters are as follows:

1. Sales by You of flavored e-cigarettes and/or flavored vapor products to entities located in New York City, including but not limited to:

    a.  all means by which orders were received

    b.  all entities to which sales were made

    c.  all items sold

    d.  all means by which orders were fulfilled or products were delivered

    e.  For each entity to which sales were made:

        i.   information pertaining to licensure, including any steps taken to assess licensed status

        ii.  steps taken to assess or collect applicable sales tax, or otherwise to confirm that sales to that entity were exempt from sales tax

        iii. steps taken to ensure the payment of New York State's supplemental sales tax on retail sales of vapor products

    f.  For all sales fulfilled by any form of delivery, the weight of each shipment and the labeling applied to each shipment

g.  Your systems and processes for recording and tracking sales, orders, order status, order fulfillment, shipments, deliveries, cancellations, returns, and/or refunds

h.  Revenue, income, and profits obtained by You from all such sales

i.  Age verification performed for each sale

2. Purchases by You of e-cigarettes and/or vapor products, including but not limited to:

a.  all entities from which You purchased or otherwise obtained e-cigarettes and/or vapor products

b.  all items purchased

c.  all means by which purchased items were shipped or delivered to You

d.  Your systems and processes for recording and tracking purchases, orders, order status, order fulfillment, inventory, cancellations, returns, and/or refunds

3. Your overall finances since March 2021, including:

a.  total annual gross revenue for all sales in the United States

b.  income, profits, and/or profit margins

c.  the proportions thereof attributable to sales of flavored e-cigarettes and/or vapor products

d.  the proportions thereof attributable to sales of unflavored e-cigarettes and/or vapor products

4. Communications and transactions between You and any of the following entities (or any owner, employee or agent thereof):

    a.   Magellan Technology, Inc.

    b.   Ecto World, LLC d/b/a Demand Vape

    c.   YLSN Distribution Inc. d/b/a Happy Distro

    d.   Price Point Distributors Inc. d/b/a Price Point NY d/b/a Pricepointny.Com

    e.   EnviroMD Group LLC

    f.   GT Imports

    g.   Kayla Wholesale, Inc., d/b/a The Vapery

    h.   KLCC Wholesale Inc.

    i.   Pioneer Distribution, Inc. a/k/a Wevapeusa.Com a/k/a Seller Supreme LLC

    j.   RZ Smoke Inc.

    k.   Star Zone Inc.

    l.   Urban Smoke Distributors

    m.   Vape More Inc. a/k/a More LLC

    n.   Vape Plus Distribution Corp. a/k/a G&A Distribution

5.  Communications and transactions between You and any other Defendant in this action (or any owner, employee or agent thereof).

6