

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

April 3, 2026

***VIA ECF***

Hon. Margaret M. Garnett
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, New York 10007

    Re:    *City of New York v. Puff Bar, et al.*, Civil Action No. 25-cv-02850-MMG
        (Related Case: *State of New York v. Puff Bar, et al.,* No. 25-cv-1445-MMG)
        Consented Letter Motion for Extension of Time to Submit Opposition to
        City's Letter Motion to Compel Discovery

Hon. Judge Garnett:

Pursuant to Rule I(B)(5) of your Individual Rules & Practices, the undersigned counsel respectfully submit, on behalf of our clients Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC, and on behalf of all other defendants (collectively, "Defendants"), this consented request for a seven-day extension of time to submit Defendants' opposition to the City's letter motion to compel discovery, Docket No. 83. Defendants seek this extension due to the Jewish Passover holiday, which began on April 1st and ends on April 9th, and the logistical challenge of coordinating numerous defendants and counsel to prepare a joint response, rather than flooding the docket with multiple individual submissions.

The City filed its letter motion on Thursday, April 2, 2026, and, pursuant to Rule II(A)(6) of your Individual Rules & Practices, Defendants' time to respond is two business days later, or Monday, April 6, 2026.[1] Defendants have not sought a previous request for extension of time to respond to the City's letter motion. On Friday, April 3, 2026, Defendants' counsel conferred with the City about their intent to seek a seven-day extension, to which the City expressed its consent. If the requested seven-day extension is granted, Defendants' new due deadline to respond would be Monday, April 13, 2026.

For these reasons, Defendants respectfully request that Your Honor grant their request for a seven-day extension and set a new deadline of April 13, 2026, to submit their joint opposition to the City's letter motion to compel discovery.

---

[1] Defendants recognize that Rule I(B)(5) requires that, absent an emergency, a request for an extension of time must be made at least two business days prior to the original due date. Defendants respectfully request that Your Honor exercise leniency in this instance, given that Rule II(A)(6) provides Defendants only two business days to review and respond to the City's April 2, 2026 letter, and the challenge of doing so in coordination with numerous defendants and their counsel.

Eric.Heyer@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4128

THOMPSON HINE LLP      1919 M Street, NW, Suite 700    www.ThompsonHine.com
ATTORNEYS AT LAW       Washington, DC 20036



Hon. Margaret M. Garnett
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
April 3, 2026
Page 2

Respectfully submitted,

*/s/ Eric N. Heyer*
Eric N. Heyer
Joseph A. Smith
Ryan D. Callinan
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
ryan.callinan@thompsonhine.com

*Counsel for Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC.*

*And on behalf of all other Defendants.*