**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Attorney:  Thompson Hine LLP
Address: 1919 M Street, N.W., Suite 700  Washington, DC 20036-

**Job #: 1510261**

| CITY OF NEW YORK, | | |
|---|---|---|
| | *Plaintiff* | **Civil Action No.: 1:25-cv-02850-MMG**<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:** |
| **vs** | | |
| PUFF BAR, et al. | | |
| | *Defendant* | **Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**Dylan Jones**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/4/2026**, at **3:00 PM** at: **Corning Tower, Empire State Plaza, ALBANY, NY 12237** Deponent served the within **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a  Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Exhibit A**

On: AMANDA HILLER, ACTING COMMISSIONER AND GENERAL COUNSEL, NEW YORK DEPARTMENT OF TAXATION AND FINANCE ,  therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or  P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Erica Schettine personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Office Assistant 1 thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Female    Race: White    Color of hair: Brown    Glasses: No
Age: 26 - 35 Yrs.    Height: 5ft 4inch - 5ft 8inch    Weight: 100-130 Lbs.    Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☐ **#4 OTHER**

Sworn to before me on 3/5/26

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2030

_Dylan Jones_
Dylan Jones
License#

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*