**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Attorney: Thompson Hine LLP
Address: 1919 M Street, N.W., Suite 700  Washington, DC 20036-

**Job #:** 1510262

| CITY OF NEW YORK, | | |
|---|---|---|
| | Plaintiff | Civil Action No.: 1:25-cv-02850-MMG |
| vs | | Client's File No.: |
| PUFF BAR, et al. | | Court Date: |
| | | Court Time: |
| | Defendant | Date Filed: |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**Dylan Jones**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 3/4/2026, at 2:40 PM at: **Corning Tower, Empire State Plaza, ALBANY, NY 12237** Deponent served the within **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a  Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Exhibit A**

On: JAMES V. MCDONALD, in his official capacity as Commissioner of New York Department of Health,  therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or  P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to James McHenry personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / Insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Sr. Counsel thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Male        Race: White        Color of hair: Black      Glasses: Yes
Age: 36 - 50 Yrs.    Height: 5ft 9inch - 6ft 0inch        Weight: 161-200 Lbs.        Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☐ **#4 OTHER**

Sworn to before me on  3/5/26

_____
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, ____2030

_____
Dylan Jones
License#

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA