**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| THE CITY OF NEW YORK, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:25-cv-02850-MMG |
| | : | |
| v. | : | |
| | : | |
| PUFF BAR, EVO BRANDS, LLC, PVG2, LLC | : | |
| d/b/a PUFF BAR, MIDWEST GOODS INC. | : | |
| d/b/a MIDWEST DISTRIBUTION ILLINOIS, 10 | : | |
| DAYS, INC. d/b/a POD JUICE, SAFA GOODS | : | |
| LLC, SV3, LLC d/b/a MI-ONE BRANDS, | : | |
| MYLÉ VAPE INC., MVH I, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Counsel and letter brief, BUCHANAN INGERSOLL & ROONEY PC will seek leave pursuant to Local Civil Rule 1.4(b), to withdraw as counsel for Defendants MYLÉ Vape Inc. and MVH I, Inc. in the above-referenced matter, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, any response to this motion is due within fourteen (14) days of the date hereof and any reply to this motion is due within seven (7) days thereafter.

Dated: May 3, 2026

Respectfully submitted,

/s/ *Christopher J. Dalton*
Christopher J. Dalton
**BUCHANAN INGERSOLL & ROONEY PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102

Phone: (973) 273-9800
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com
*Attorneys for Defendants*
  *MYLE Vape Inc. and MVH I, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2026, I caused the foregoing notice and supporting documents to be electronically filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on all counsel of record.

I further certify that on May 3, 2026, I caused the foregoing notice and supporting documents to be served via electronic mail upon Defendants MYLÉ Vape Inc. and MVH I, Inc.

/s/ Christopher J. Dalton
Christopher J. Dalton

2