**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:25-cv-02850-MMG |
| | : | |
| v. | : | |
| | : | |
| PUFF BAR, EVO BRANDS, LLC, PVG2, LLC | : | |
| d/b/a PUFF BAR, MIDWEST GOODS INC. | : | |
| d/b/a MIDWEST DISTRIBUTION ILLINOIS, 10 | : | |
| DAYS, INC. d/b/a POD JUICE, SAFA GOODS | : | |
| LLC, SV3, LLC d/b/a MI-ONE BRANDS, | : | |
| MYLÉ VAPE INC., MVH I, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW</u>

CHRISTOPHER J. DALTON, of full age, declares as follows:

1.      I am an attorney at law of the States of New Jersey and New York, a member of the Bar of this Court, a Shareholder in the firm of Buchanan Ingersoll & Rooney PC (Buchanan). Buchanan is counsel of record for Defendants MYLÉ Vape Inc. and MVH I, Inc. (MYLÉ) in this matter.

2.      On March 15, 2025, MYLÉ retained Buchanan. Buchanan then commenced work on this matter, and I filed my Notice of Appearance on April 1, 2025 (DE 33).

3.      Professional considerations have arisen between Buchanan and MYLÉ which require termination of the representation and withdrawal from the pending matter. These considerations implicate Rules of Professional Conduct 1.2, 1.5, and 1.16(a). Buchanan is willing to provide further information regarding these issues *in camera*.

4.      Buchanan has attempted to resolve with MYLÉ the issues which have arisen but has been unable to do so.

5.      Based upon the foregoing, I respectfully request the Court enter an order permitting withdrawal of the appearance of Buchanan Ingersoll & Rooney PC in this action.

6.      Buchanan will not seek to impose a charging lien.


I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

                                        *s/Christopher J. Dalton*_____
                                        Christopher J. Dalton

Dated: May 3, 2026