**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br><br>        Plaintiff,<br><br>  v.<br><br>PUFF BAR, et al.,<br><br>        Defendants. | : : : : : : : : : : : : : : | Case No.: 1:25-cv-01445-MMG |
| THE CITY OF NEW YORK,<br><br><br>        Plaintiff,<br><br>  v.<br><br>PUFF BAR, et al.,<br><br>        Defendants. | : : : : : : : : : : : : : : : | Case No.: 1:25-cv-02850-MMG |

**PROOF OF SERVICE**

CHRISTOPHER J. DALTON, of full age, declares as follows:

1.      I am an attorney at law of the States of New Jersey and New York, a member of the Bar of this Court, a Shareholder in the firm of Buchanan Ingersoll & Rooney PC (Buchanan). Buchanan is counsel of record for Defendants MYLÉ Vape Inc. and MVH I, Inc. (MYLÉ) in the two above-captioned cases, *The People of the State of New York v. Puff Bar*, No. 1:25 cv-01445-MMG (the "New York State case") and *The City of New York v. Puff Bar*, No. 1:25-cv-02850-

MMG (the "New York City case") (collectively, the "Cases").  I submit this Proof of Service pursuant to the Court's Order of May 5, 2026 (Dkt. 167 in No. 1:25-cv-01445).

2.      On May 3, 2026 Buchanan moved to withdraw as counsel for MYLÉ in the Cases (Dkt. 165 in No. 1:25-cv-01445; Dkt. 94 in No. 1:25-cv-02850). Attached as Exhibit A is a true and correct copy of my May 3, 2026 email sending MYLÉ copies of the filed motions.

3.      On May 6, 2026, pursuant to this Court's Order, I sent to MYLÉ, via overnight delivery, hard copies of the motions to withdraw as well as the State's letter of May 5, 2026 (Dkt. 166 in No. 1:25-cv-01445) and this Court's Order. Attached as Exhibit B is a true and correct copy of my cover letter.

4.      Attached as Exhibit C is a FedEx tracking email confirming that my May 5, 2026 correspondence was delivered to MYLÉ at 12:17 p.m. on May 6, 2026.


I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

*s/Christopher J. Dalton*
Christopher J. Dalton

Dated: May 6, 2026

# EXHIBIT A

**Christopher Dalton**

| | |
|---|---|
| **From:** | Christopher Dalton <christopher.dalton@bipc.com> |
| **Sent:** | Sunday, May 3, 2026 12:45 PM |
| **To:** | Sergio Magarik; Rob .; Ariel Gorelik; Nick; Alex |
| **Cc:** | Daniel McGee; Robert D. Finkel; Cindy D. Hinkle |
| **Subject:** | NY AG v. Myle et al \| City of New York v. Myle Et al: Motion to Withdraw |
| **Attachments:** | DKT0165 - Motion For Christopher J. Dalton To Withdraw As Attorney . Document Filed By Mvh I, Inc., Myle Vape Inc.. (Attachments  # (1) Affidavit Of ~.pdf; DKT0094 - Motion For Christopher J. Dalton To Withdraw As Attorney . Document Filed By Mvh I, Inc., Myle Vape Inc.. (Attachments  # (1) Affidavit Of ~.pdf |

Gentlemen:

Please find attached Buchanan's motions to withdraw in the NY AG and New York City matters. Myle's response, if any, is due May 18, 2026.

Please let us know when Myle has secured new counsel.

Regards,

Chris

**Christopher (Chris) Dalton**
Shareholder
Newark Office Managing Shareholder
Co-Chair – Class Action Practice Group
550 Broad Street
Suite 810
Newark, NJ 07102-4582
973 424 5614 (o)
973 424 5610 (practice assistant)
christopher.dalton@bipc.com

# Buchanan
vCard | Bio | BIPC.com | Twitter | LinkedIn

# EXHIBIT B



**Christopher J. Dalton**
973 424 5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582

T 973 273 9800
F 973 273 9430

May 5, 2026

**Via Email & Overnight Delivery**
Ariel Gorelik
Alex Gogus
Sergio Magarik
MYLÉ VAPE INC.
1010 Campus Drive, Suite B
Morganville, NJ 07751

Re:  Motion to Withdraw as Counsel for MYLÉ Defendants.

Gentlemen:

Enclosed please find the following:

1.      Motion to Withdraw as Counsel in *People of the State of New York v. Puff Bar, et al*, Case No 1:25-cv-1445 (MMG) (Dkt. 165);

2.      Motion to Withdraw as Counsel in *The City of New York v. Puff Bar, et al*, Case No. 1:25-cv-2850 (MMG) (Dkt. 94);

3.      Correspondence from the State of New York filed on May 5, 2026 (Dkt. 166); and

4.      The Court's Order of May 5, 2026 requiring supplemental information from Buchanan, either under seal or *in camera*, relating to the request to withdraw and directing MYLÉ Defendants to respond, if they wish, by May 28, 2026 (Dkt. 167).

BUCHANAN INGERSOLL & ROONEY PC


By:    *Christopher J. Dalton*
          Christopher J. Dalton

# EXHIBIT C

**Christopher Dalton**

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Wednesday, May 6, 2026 12:24 PM |
| **To:** | Christopher Dalton |
| **Subject:** | Your shipment was delivered 871446344586 |

# Your shipment was delivered.

### Delivery Date

## Wed, 05/06/2026
## 12:17pm

### Delivered to

1010 CAMPUS DRSTE B, MORGANVILLE, NJ 07751

### Received by

Z.Zim

**Report missing package**

1

# How was your delivery?

## Tracking details

| | |
|---|---|
| **Tracking ID** | **871446344586** |
| **From** | Buchanan Ingersoll & Rooney PC<br>550 BROAD ST STE 810<br>NEWARK, NJ, US<br>07102 |
| **To** | MYLE VAPE INC.<br>1010 Campus Drive, Suite B<br>MORGANVILLE, NJ, US<br>07751 |
| **Ship date** | Tue 5/05/2026 07:29 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 1.00 LB |
| **Service** | FedEx Priority Overnight® |

2

| Reference | 25-cv-01445/25-cv02850 |
|---|---|
| Shipper reference | 25-cv-01445/25-cv02850 |

**TRACK SHIPMENT**

## Plan like a pro

Got gifts for moms, dads, or grads? Drop them off at one of thousands of convenient retail locations, including FedEx Office, FedEx Ship Centers, Walgreens, and more. See our shipping options and packing tips [here](here).

**FIND LOCATIONS**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:23 AM CDT 05/06/2026.

3

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026

4