

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

May 7, 2026                                                                                                    *Via ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:     *State of New York v. Puff Bar, et al.*, Case No. 25-cv-1445-MMG; *City of New York v. Puff Bar, et al.*, Case No. 25-cv-02850-MMG

Dear Judge Garnett:

Pursuant to Rule I(B)(5) of your Individual Rules & Practices, the undersigned counsel respectfully submit, on behalf of our clients Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, Safa Goods LLC, and SV3 LLC, and on behalf of all other defendants (collectively, "Defendants") this request for a two (2) business day extension of time for the Parties to file opening briefs on the definition of civil penalties under the PACT Act and a similar two (2) day extension of time to file responsive briefs. Plaintiffs The State of New York (the "State") and the City of New York (the "City") take no position as to this request and have asked that Defendants indicate that they are prepared to file their opening briefs today. If the request is granted, the Parties' new deadline to file their opening briefs would be Monday, May 11, 2026, and the new deadline to file any responsive briefs would be Monday, May 25, 2026.

On April 27, 2026, this Court issued its Order finding that briefing on the definition of damages under the PACT Act is appropriate (the "Order") [ECF No. 155; ECF No. 93]. Pursuant to the Order, the deadline for the Parties to file their opening briefs on the definition of damages under the PACT Act is May 7, 2026, and opposition briefs are due on May 21, 2026. Because of conflicting deadlines in other matters and the need to pull together a single, consolidated brief approved by counsel for all Defendants on this issue of statutory interpretation, Defendants request an additional two days for the parties to file their opening briefs and opposition briefs, with new deadlines of May 11, 2026, and May 25, 2026, respectively. Defendants have not sought a previous extension of time to file their opening briefs. Plaintiffs take no position as to Defendants' request.

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP               1919 M Street, NW, Suite 700          www.ThompsonHine.com
ATTORNEYS AT LAW                Washington, DC 20036



Hon. Margaret M. Garnett
April 10, 2026
Page 2

      For these reasons, Defendants respectfully request that Your Honor grant their request for a two-day extension and set a new deadline of Monday, May 11, 2026 for the Parties to file their opening briefs, and Monday, May 25, 2026, as the deadline for the Parties to file any opposition briefs.

GRANTED. The briefing schedule on the definition of damages under the PACT Act is modified as follows: Opening briefs shall be due by **May 11, 2026**, and any opposing briefs shall be due by **May 26, 2026**. The Court will determine whether reply briefs are necessary after opposition briefs are filed and, if so, issue a further scheduling order.

SO ORDERED. Dated May 11, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Eric N. Heyer
Eric N. Heyer
Joseph A. Smith
James C. Fraser
Anna M. Stressenger
Ryan D. Callinan
Irvin Hernandez
Thompson Hine LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel for Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC.*

*And on behalf of all other Defendants.*