**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CITY OF NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-02850-MMG |
| | ) | |
| v. | ) | |
| | ) | |
| PUFF BAR, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

### MOTION TO ADMIT LAUREN K. IERARDI *PRO HAC VICE*

The undersigned, Lauren K. Ierardi, of the law firm Thompson Hine LLP, pursuant to Local Rule 1.3, respectfully moves the Court to admit him *pro hac vice* as counsel for Defendants SV3, LLC (d/b/a Mi-One Brands), Midwest Goods Inc. (d/b/a Midwest Distribution Illinois), 10 Days, Inc. (d/b/a Pod Juice), and Safa Goods LLC.  In support of this motion, the undersigned states as follows:

1. Ms. Ierardi is an Associate in the Washington, DC office of Thompson Hine LLP and is a member of the firm's Business Litigation Practice Group.  She has been in the practice of law for 3 years.

2. Ms. Ierardi is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia.  Certificates of Good Standing for each those bars is attached hereto, reflecting Ms. Ierardi's status (and each of which was issued within thirty (30) days of this filing).  Additionally, Ms. Ierardi is a member of good standing of the bars of:

- U.S. District Court – District of Columbia

- U.S. District Court – Eastern District Virginia

1

- U.S. District Court – Western District Virginia

- United States Circuit Court – 4th Circuit

3.      An affidavit by Ms. Ierardi in accordance with Local Rule 1.3(c)(1)-(4) is also attached hereto.

WHEREFORE, the undersigned, Lauren K. Ierardi, respectfully requests that the Court grant her motion and enter an order allowing her to appear *pro hac vice* as counsel for Defendants SV3, LLC (d/b/a Mi-One Brands), Midwest Goods Inc. (d/b/a Midwest Distribution Illinois), 10 Days, Inc. (d/b/a Pod Juice), and Safa Goods LLC.

A proposed form of order is enclosed.

Respectfully submitted,

THOMPSON HINE LLP

Dated: May 12, 2026                    By: /s/ Lauren K. Ierardi
                                           Lauren K. Ierardi
                                           1919 M Street, NW, Suite 700
                                           Washington, DC 20036
                                           Phone: 202.924.5633
                                           Fax: 202.331.8330
                                           lauren.ierardi@thompsonhine.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2026, I caused the foregoing Motion to Admit Lauren K. Ierardi *Pro Hac Vice* and Proposed Form of Order to be filed and served via the Court's ECF/ECM system upon all attorneys of record.


 /s/ Lauren K. Ierardi
Lauren K. Ierardi

3