UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-02850-MMG |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT IN SUPPORT OF** |
| PUFF BAR, *et al.*, | ) | **MOTION TO ADMIT** |
| | ) | **LAUREN K. IERARDI *PRO HAC VICE*** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

I, LAUREN K. IERARDI, being duly sworn according to law, depose and say:

1.      I am above the age of eighteen (18) years, and I am competent to testify as to the facts contained herein.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.      There are no disciplinary proceedings presently taking place against me.

Dated : __4/16/2026__
Washington, DC

_____
Lauren Ierardi, Esq.

DISTRICT OF COLUMBIA : CITY OF WASHINGTON

Sworn to before me this __16__ day of __APRIL__, __2026__.

_____
Notary Public

ANNE MERKLE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 14, 2028

- 1 -