# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Lauren Kelsey Ierardi

was admitted to practice as an attorney and counsellor at the bar of this Court on

December 7, 2022.

I further certify that so far as the records of this office are

concerned, Lauren Kelsey Ierardi is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 13th day of April

A.D. 2026

By: _Ervita Pajalic_

Deputy Clerk