**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CITY OF NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-02850-MMG |
| | ) | |
| v. | ) | |
| | ) | |
| PUFF BAR, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING ADMISSION**
**OF LAUREN K. IERARDI *PRO HAC VICE***

Pending before the Court is a Motion for Admission *Pro Hac Vice* of Lauren K. Ierardi as counsel for Defendants SV3, LLC (d/b/a Mi-One Brands), Midwest Goods Inc. (d/b/a Midwest Distribution Illinois), 10 Days, Inc. (d/b/a Pod Juice), and Safa Goods LLC.  Upon consideration of the motion and all papers submitted in support thereof, it is hereby ORDERED that the motion is GRANTED.

Lauren K. Ierardi may appear and participate in this action on behalf of Defendants SV3, LLC (d/b/a Mi-One Brands), Midwest Goods Inc. (d/b/a Midwest Distribution Illinois), 10 Days, Inc. (d/b/a Pod Juice), and Safa Goods LLC.

IT IS SO ORDERED.

_____
Hon. Margaret M. Garnett
JUDGE
United States District Court for the
Southern District of New York