# Buchanan Ingersoll & Rooney PC

Christopher J. Dalton
973-424-5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, New Jersey 07102
T 973-273-9800
F 973-273-9430
www.bipc.com

May 13, 2026

**Via Email (with enclosure)**
**Via ECF (without enclosure)**
Hon. Margaret M. Gannon, U.S.D.J.
United States District Court
For the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:    People of the State of New York v. Puff Bar et al.
>        Case No. 1:25-cv-1445 (MMG)
>        The City of New York v. Puff Bar, et al.
>        Case No. 1:25-cv-02850 (MMG)
>        *Motion to Withdraw as Counsel*

Dear Judge Gannon:

As you know, Buchanan Ingersoll & Rooney PC (Buchanan) represents Defendants MYLÉ Vape Inc. and MVH I, Inc. (MYLÉ) in this matter. Pursuant to the Court's May 5, 2026 Order (Dkt. No. 167 in No. 1:25-cv-1445, Dkt. No. 95 in No. 1:25-cv-02580), I enclose for *in camera* review my Supplemental Declaration in Support of Buchanan's Motion to Withdraw.

Thank you for your attention to this matter.

Respectfully submitted,

*s/ Christopher J. Dalton*

Christopher J. Dalton

Enclosure

cc:    All Counsel of Record (via ECF) (w/o encl.)
       MYLÉ (via email & overnight delivery) (w/encl.)