**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, | : : : : : | Case No.: 1:25-cv-01445-MMG |
| Plaintiff, | : : | |
| v. | : : | |
| PUFF BAR, et al., | : : | |
| Defendants. | : : | |

| | | |
|---|---|---|
| THE CITY OF NEW YORK, | : : : : | |
| Plaintiff, | : : | Case No.: 1:25-cv-02850-MMG |
| v. | : : : | |
| PUFF BAR, et al., | : : | |
| Defendants. | : : : | |

**PROOF OF SERVICE**

CHRISTOPHER J. DALTON, of full age, declares as follows:

1.      I am an attorney at law of the States of New Jersey and New York, a member of the Bar of this Court, and a Shareholder in the firm of Buchanan Ingersoll & Rooney PC (Buchanan). Buchanan is counsel of record for Defendants MYLÉ Vape Inc. and MVH I, Inc. (MYLÉ) in the two above-captioned cases, *The People of the State of New York v. Puff Bar*, No. 1:25 cv-01445-MMG (the "New York State case") and *The City of New York v. Puff Bar*, No. 1:25-cv-02850-

MMG (the "New York City case") (collectively, the "Cases"). I submit this Proof of Service pursuant to the Court's Order of May 5, 2026 (Dkt. 167 in No. 1:25-cv-01445; Dkt. 95 in No. 1:25-cv-02850).

2.      On May 13, 2026, I submitted to the Court for *in camera* review my Supplemental Declaration in Support of Buchanan's Motion to Withdraw. (*see* Dkt. 173 in No. 1:25-cv-01445; Dkt. 104 in No. 1:25-cv-02850). I sent an email to MYLÉ forwarding copies of the letter filed on ECF and my Supplemental Declaration submitted to the Court for *in camera* review. Attached as Exhibit A is a true and correct copy of my cover email to MYLÉ.

3.      On May 13, 2026, pursuant to this Court's Order, I sent to MYLÉ, via overnight delivery, a hard copies of the letter filed on ECF and my Supplemental Declaration submitted to the Court for *in camera* review.

4.      Attached as Exhibit B is a FedEx tracking email confirming that my May 13, 2026 correspondence was delivered to MYLÉ at 10:25 a.m. on May 14, 2026.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

                                                *s/Christopher J. Dalton*_____
                                                Christopher J. Dalton

Dated: May 14, 2026

2

# EXHIBIT A

## Christopher Dalton

| | |
|---|---|
| **From:** | Christopher Dalton |
| **Sent:** | Wednesday, May 13, 2026 1:19 PM |
| **To:** | Sergio Magarik |
| **Cc:** | Rob .; Ariel Gorelik; Alex; Daniel McGee; Jackson E. Brown; Jordynn Jackson; Robert D. Finkel; Cindy D. Hinkle; Nick |
| **Subject:** | RE: NYS v. Puff Bar, et al., 25-cv-01445 (MMG)/NYC v. Puff Bar, et al., 25-cv-02580 (MMG) |
| **Attachments:** | 2026 05 13 - LT Court - Supp Decl ISO MT Withdraw.pdf; 2026 05 13 - CJD Supplemental Declaration ISO MT Withdraw.pdf |

Gentlemen:

Please see attached letter and supplemental declaration. Please be advised that the supplemental declaration was sent directly to the judge for *in camera* (confidential, non-public) review so as to protect attorney/client privilege. No party has received the Supplemental Declaration, only the judge.

Regards,

**Christopher (Chris) Dalton**
**Shareholder**
Newark Office Managing Shareholder
Co-Chair – Class Action Practice Group
550 Broad Street
Suite 810
Newark, NJ 07102-4582
973 424 5614 (o)
973 424 5610 (practice assistant)
christopher.dalton@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

1

# EXHIBIT B

**Christopher Dalton**

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Thursday, May 14, 2026 10:32 AM |
| **To:** | Christopher Dalton |
| **Subject:** | Your shipment was delivered 871769120825 |

# Your shipment was delivered.

**Delivery Date**

## Thu, 05/14/2026
## 10:25am

**Delivered to**

1010 CAMPUS DRSTE B, MORGANVILLE, NJ 07751

**Report missing package**

1

# How was your delivery?

## Tracking details

| | |
|---|---|
| **Tracking ID** | **871769120825** |
| **From** | Buchanan Ingersoll & Rooney PC<br>550 BROAD ST STE 810<br>NEWARK, NJ, US<br>07102 |
| **To** | Sergio Magarik,MYLE VAPE INC.<br>1010 Campus Drive, Suite B<br>MORGANVILLE, NJ, US<br>07751 |
| **Ship date** | Wed 5/13/2026 06:08 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 1.00 LB |
| **Service** | FedEx Priority Overnight® |

2

| | |
|---|---|
| **Reference** | Puff Bar |
| **Shipper reference** | Puff Bar |

**TRACK SHIPMENT**

## Plan like a pro

Got gifts for moms, dads, or grads? Drop them off at one of thousands of convenient retail locations, including FedEx Office, FedEx Ship Centers, Walgreens, and more. See our shipping options and packing tips [here](here).

**FIND LOCATIONS**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:31 AM CDT 05/14/2026.

3

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026

4