

|  | ATLANTA | CINCINNATI | COLUMBUS | LOS ANGELES | WASHINGTON, D.C. |
|  | CHICAGO | CLEVELAND | DAYTON | NEW YORK | |

May 18, 2026                                                                                                   *Via CM/ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *State of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-1445-MMG; *City of New York v. Puff Bar, et al.;* Civil Action No. 25-cv-02850-MMG
Defendants' Unopposed Letter Motion for Leave to File Two Separate Ten-Page Briefs in Response to the State's and the City's Briefs on Interpretation of the PACT Act's Civil Penalties Provision

Dear Judge Garnett:

We write on behalf of Defendants 10 Days, Inc., Ecto World LLC, Magellan Technology Inc., Midwest Goods Inc., SV3, LLC, and Safa Goods LLC in the above-referenced actions. Counsel for all other defendants also join in this letter motion. Defendants respectfully submit this letter motion to seek leave to file two separate joint responsive briefs of up to ten pages each on the proper interpretation of the PACT Act's civil penalties provision found at 15 U.S.C. § 377(b)(1)(A)(ii)—one in response to the State's opening brief in case no. 25-cv-1445-MMG and a separate responsive brief in response to the City's opening brief in case no. 25-cv-02850-MMG. Plaintiffs, The State of New York by Letitia James and the City of New York, have indicated that they do not oppose the relief requested herein.

Defendants make this request in an abundance of caution because it is not clear from the Court's order dated April 27, 2026 (ECF No. 155 in case no. 25-cv-01445-MMG and ECF No. 93 in case no. 25-cv-02850-MMG), whether the Court contemplated that Defendants would file only a single, joint brief of up to ten pages in response to both the State's and the City's opening briefs. Given that the State's and the City's opening briefs present different arguments, Defendants require up to ten pages to respond to each briefs. For example, the City advances an argument about "penalty stacking" in footnote 5 of its opening brief that the State does not. The City also advances an argument to the effect that jurisdictions should have standing to recover from delivery sellers located in their jurisdiction civil penalties for violative delivery sales made to customers located outside that jurisdiction that the State likewise does not advance. Given these different arguments, Defendants require a total of ten pages each to respond to the State's and City's respective ten-page opening briefs. Moreover, leave to file two separate responsive briefs is equitable because each of the State and City will have ten pages to respond to Defendants' combined opening brief of ten pages and Defendants will not incorporate by reference any portion of their responsive brief to the City's opening brief into their responsive brief to the State's opening brief or vice-versa.

Krupa.Patel@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.308.6037

THOMPSON HINE LLP            1919 M Street, N.W., Suite 700        www.ThompsonHine.com
ATTORNEYS AT LAW             Washington, D.C. 20036-3537          O: 202.331.8800
                                                                  F: 202.331.8330



Hon. Margaret M. Garnett
May 18, 2026
Page 2

Accordingly, Defendants respectfully request that the Court grant this unopposed letter motion and enter an order granting Defendants leave to file separate responsive briefs of up to ten pages on the proper interpretation of 15 U.S.C. § 377(b)(1)(A)(ii) in each of case no. 25-cv-01445-MMG and case no. 25-cv-02850-MMG.

Respectfully submitted,

*/s/ Eric N. Heyer*
Eric N. Heyer
Joseph A. Smith
James C. Fraser
Anna M. Stressenger
Ryan D. Callinan
Irvin Hernandez
Thompson Hine LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel for Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC.*

*And on behalf of all other Defendants.*

cc:   All counsel of record (via ECF)