

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

May 21, 2026                                                                    *Via ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     *City of New York v. Puff Bar, et al.*, Case No. 25-cv-02850-MMG

Dear Judge Garnett:

Pursuant to Rule I(B)(5) of your Individual Rules & Practices, the undersigned counsel respectfully submit, on behalf of our clients Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, Safa Goods LLC, and SV3 LLC, and on behalf of all other defendants (collectively, "Defendants") this request for a one (1) day extension of time for the Parties to file responsive briefs on the definition of civil penalties under the PACT Act. Plaintiff the City of New York (the "City") does not oppose this request. If the request is granted, the Parties' new deadline to file their responsive briefs would be Wednesday, May 27, 2026.

On April 27, 2026, this Court issued its Order finding that briefing on the definition of damages under the PACT Act is appropriate. ECF No. 93. On May 11, 2026, this Court issued its Order granting Defendants' letter motion to extend the deadline by two business days for the Parties to file their opening briefs and responsive briefs on the definition of damages under the PACT Act. ECF 98. Pursuant to this Order, the deadline for the Parties to file their responsive briefs is May 26, 2026. Because of the need to pull together a consolidated brief approved by counsel for all Defendants on this issue of statutory interpretation and to file another consolidated brief on behalf of the same defendants in the parallel action brought by the State of New York, case no. 1:25-cv-01445-MMG, on May 26, 2026, Defendants request an additional one (1) day for the Parties to file their responsive briefs in this case only, with a new deadline of May 27, 2026.

For these reasons, Defendants respectfully request that Your Honor grant their request for a one-day extension and set a new deadline of Wednesday, May 27, 2026, as the deadline for the Parties to file their respective responsive briefs.

                            Respectfully submitted,

                            */s/ Eric N. Heyer*
                            Eric N. Heyer
                            Joseph A. Smith
                            James C. Fraser
                            Anna M. Stressenger

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW
1919 M Street, NW, Suite 700
Washington, DC 20036
www.ThompsonHine.com



Hon. Margaret M. Garnett
May 21, 2026
Page 2

GRANTED.  The parties' deadline to file
responsive briefs on the interpretation of
the PACT Act is EXTENDED to **May 27,
2026**, in this case only.


SO ORDERED.  Dated May 22, 2026.


HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Ryan D. Callinan
Irvin Hernandez
Thompson Hine LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel Midwest Goods, Inc. d/b/a Midwest
Distribution Illinois, 10 Days, Inc. d/b/a Pod
Juice, and Safa Goods LLC, SV3 LLC.*

*And on behalf of all other Defendants.*