

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

May 29, 2026

*VIA ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *City of New York v. Puff Bar, et al.*, No. 25-cv-02850-MMG
> (Related Case: *State of New York v. Puff Bar, et al., No. 25-cv-1445-MMG* )
> Consented Letter Motion for Extensions of Time to Complete Production of Documents and Fact Discovery

Dear Judge Garnett:

Pursuant to Rule I(B)(5) of Your Honor's Individual Rules & Practices, the undersigned counsel respectfully submit, on behalf of our clients Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, Safa Goods LLC, and SV3 LLC, and on behalf of all other defendants (collectively, "Defendants"), this request for a 30-day extension of the May 29, 2026 deadline for Defendants' complete production of documents responsive to the State's and City's First Requests for Production, as set forth in the Court's April 27, 2026 Order ("Discovery Order"), and a 60-day extension of the remaining fact and expert discovery deadlines. Defendants have not previously sought such an extension, and the City consents to this request. If granted, the new deadlines would be as follows:

- Defendants' Production: June 29, 2026
- Close of Fact Discovery: August 28, 2026
- Initial Expert Disclosures: September 21, 2026
- Rebuttal Expert Disclosures: October 23, 2026
- Close of Expert Discovery: December 4, 2026

Defendants note that, given the significant hit counts discussed below, they may need to request an additional 30-day extension to the document production deadline in the future. The City takes no position regarding any future request by Defendants for a further extension.

Both before and after this Court issued the Discovery Order, Defendants have diligently and consistently provided rolling productions of documents to Plaintiffs.

Prior to the Discovery Order, Defendants made the following document productions:

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2049 Century Park East, Suite 3500
Los Angeles, California 90067

www.ThompsonHine.com
O:  310.998.9100



Hon. Margaret M. Garnett
May 29, 2026
Page 2

- Midwest Goods Inc. d/b/a Midwest Distribution Illinois
  - January 7, 2026 – 128 documents
  - January 8, 2026 –753 documents
- 10 Days, Inc. d/b/a Pod Juice
  - January 7, 2025 – 175 documents
  - January 8, 2025 – 1,772 documents
- Safa Goods LLC
  - January 7, 2026 – 859 documents
- SV3 LLC d/b/a Mi-One Brands
  - January 7, 2026 – 26 documents
  - January 8, 2026 – 16,837 documents
  - January 14, 2026 – 5 documents
  - April 17, 2026 –16,428 documents
- Puff Defendants (EVO Brands, LLC, PVG2, LLC d/b/a Puff Bar, and Puff Bar)
  - March 21, 2025 – 18 documents
  - March 25, 2025 – 1 document
  - April 1, 2025 – 1 document
  - September 16, 2025 – document
  - December 18, 2025 – 289 documents
  - January 8, 2026 – 68 documents
  - February 18, 2026 – 9 documents
- Mylé Defendants (Mylé Vape Inc. and MVH I Inc.)[1]
  - January 8, 2026 – 807 documents

After the Discovery Order, Defendants made the following additional document productions:

- SV3 LLC d/b/a Mi-One Brands
  - May 13, 2026 – 547 documents
  - May 27, 2026 – 1 document
- Safa Goods LLC
  - May 8, 2026 – 725 documents
- Mylé Defendants (Mylé Vape Inc. and MVH I Inc.)
  - May 14, 2026 – 20 documents

---

[1] As the court is aware, counsel for the MYLE Defendants have moved to withdraw. In the interim, the MYLE Defendants have not authorized further collection, review, processing, and production of documents and ESI.



Hon. Margaret M. Garnett
May 29, 2026
Page 3

      Good cause exists for the requested extension. Since this Court issued its Discovery Order, Defendants have continued to collect, review, and produce responsive documents, and have diligently worked to comply with the Court's directives and to move discovery forward. Defendants have provided a proposed plan for completing discovery, proposed search terms, participated in meet-and-confer discussions with Plaintiffs regarding those search terms, and agreed to run hit counts on Plaintiffs' additional and modified proposed search terms. Defendants' email collections and hit-count evaluations are underway and proceeding as quickly as possible.

      Despite Defendants' efforts, the requested extension is necessary as a matter of logistics. The sheer volume of material implicated by Plaintiffs' proposed searches is substantial and requires further refinement before review and production can be completed in a reasonable and proportional manner.

      For example, Defendants have received the hit-count report for Demand/Magellan based on Plaintiffs' proposed additional and modified terms, which reflects 589,629 documents after deduplication. Defendants expect the collections and searches for the other defendants to be completed by the end of this week or early next week, although that process has been delayed by certain technical issues. Given the size of the Demand/Magellan hit counts, and the likelihood that other defendants will return similarly substantial hit counts, Defendants believe a further meet-and-confer regarding narrowing and refinement of the search terms is necessary before Defendants can complete their review and production efficiently and consistent with Rule 26.

      Additionally, Defendants are awaiting complete responses and productions to subpoenas issued in March to the New York Department of Health and the New York Department of Taxation and Finance. Defendants intend to review and produce responsive, non-privileged materials from those subpoena productions once they are received.

      For these reasons, Defendants respectfully request that Your Honor grant their request for a 30-day extension of the May 29, 2026 document-production deadline and a corresponding 60-day extension of the remaining fact and expert discovery deadlines.



Hon. Margaret M. Garnett
May 29, 2026
Page 4

Respectfully submitted,

*/s/ Eric N. Heyer*

Eric N. Heyer
Joseph A. Smith
James C. Fraser
Anna M. Stressenger
Ryan D. Callinan
Irvin Hernandez
Thompson Hine LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel for Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, Safa Goods LLC, and SV3 LLC.*

*And on behalf of all other Defendants.*