## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>PUFF BAR, EVO BRANDS, LLC, PVG2, LLC d/b/a PUFF BAR, MIDWEST GOODS INC. d/b/a MIDWEST DISTRIBUTION ILLINOIS, 10 DAYS, INC. d/b/a POD JUICE, SAFA GOODS LLC, SV3, LLC d/b/a MI-ONE BRANDS, MYLÉ VAPE INC., MVH 1, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02850<br><br><br>**SUBSTITUTION OF COUNSEL**<br><br>(MYLÉ Vape Inc. and MVH I, Inc.) |

The undersigned hereby consent to the substitution of Christopher J. Dalton of Buchanan Ingersoll & Rooney PC, with Manny Zayrov of Zayrov Law, P.C., as counsel for Defendants MYLÉ Vape Inc. and MVH I, Inc. (MYLÉ).

***Withdrawing Counsel:***

BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102

By:  *s/Christopher J. Dalton*
          Christopher J. Dalton

Dated:  June 12, 2026

***Substituting Counsel:***

ZAYROV LAW, P.C.
3400 Lawson Boulevard
Oceanside, New York 11572

By:  *s/Manny Zayrov*
          Manny Zayrov

Dated:  June 12, 2026

**MYLÉ VAPE INC. and MVH I, INC.**

By: _____ Signed by: Ariel Gorelik _____
          9D732C3FA73E4AB...

Name: _____ Ariel Gorelik _____

Title: _____ President _____

Date: _____ 6/15/2026 _____