UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR, et al.,

Defendants.

-------------------------------------------------------x

Civil Action No. 1:25-cv-02850-MMG

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Manny Zayrov, Esq., of Zayrov Law, P.C., who is admitted to practice before this Court, hereby appears as counsel of record for Defendants MYLÉ Vape Inc. and MVH I, Inc. in the above-captioned action, and respectfully requests that copies of all pleadings, motions, orders, notices, correspondence, and other papers in this action be served upon the undersigned at the address, telephone number, and email address set forth below.

Dated: Oceanside, New York
June 12, 2026

Respectfully submitted,

**ZAYROV LAW, P.C.**

By: /s/ Manny Zayrov
Manny Zayrov, Esq.
3400 Lawson Blvd.
Oceanside, New York 11572
Tel: (347) 335-5723
zayrovlaw@gmail.com
*Attorneys for Defendants*
*MYLÉ Vape Inc. and MVH I, Inc.*

1