**Zanicorn**™
**LEGAL** PLLC

August 13, 2026

<u>Via ECF</u>

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> # MEMO ENDORSED
>
> _(signature)_
>
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> **Dated: August 14, 2026**
>
> The request to appear remotely is DENIED. On August 3, 2026, the Court scheduled an in-person discovery conference for August 18, 2026. The parties should have made arrangements to appear in person at the conference. The parties are expected to be prepared to address the outstanding discovery disputes at the conference.

**Re:** State of New York v. Puff Bar, LLC, et al., Case No. 1:25-cv-01445 (MMG);
City of New York v. Puff Bar, LLC, et al., 1:25-cv-02850 (MMG)

Dear Magistrate Judge Figueredo and Judge Garnett:

We represent Defendants Puff Bar, EVO Brands, LLC, and PVG2, LLC and respectfully submit this Letter-Motion requesting permission for virtual attendance for the Puff Defendants' counsel for the discovery conference currently scheduled for August 18, 2026, as well as additional conferences scheduled through December 15, 2026.

A challenging set of circumstances materially affecting the undersigned counsel's ability to attend the August 18, 2026, conference in person has presented itself. As the Court is already aware, all Puff Defendants are located in the State of California. At the present time, the undersigned sole counsel for the Puff Defendants is also located in California attending to family matters and must remain in San Diego through approximately December 15, 2026. While the Puff Defendants' very diminished financial circumstances is certainly one component of the challenge that is presenting for counsel at the current time, it is not the sole basis for this request for virtual appearance at upcoming conferences. There is an additional exigent family matter that contraindicates travel for the Puff Defendants' counsel through approximately December 15, 2026.

The Plaintiffs in the above-referenced cases have consented to the filing of this request with the caveat that should the presence of the officers of the Puff Defendants be required at any Court hearing between now and December 15, 2026, they will personally appear and Puff Defendants have agreed to do so.

If the Court requires further documentation or information relating to either the Puff Defendants financial circumstances or information relating the family circumstances of the

Honorable Margaret M. Garnett
Honorable Valerie Figueredo
August 13, 2026
Page 2 of 2

undersigned counsel prior to granting the requested accommodation for virtual appearance of the Puff Defendants' counsel within the aforementioned time period counsel can provide such information for *in camera* review by the Court.

The Puff Defendants and their undersigned counsel both appreciate the Court's consideration of this requested accommodation.

Respectfully submitted,

**ZANICORN LEGAL PLLC.**

By: ___/s/ Mary G. Bielaska/_____
        Mary G. Bielaska
        Counsel for Puff Bar, EVO Brands, LLC, and PVG2, LLC