AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CITY OF NEW YORK
*Plaintiff*
v.
PUFF BAR, et al.,
*Defendant*

Case No. 1:25-cv-02850 (MMG)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Puff Bar, EVO Brands, LLC, and PVG2, LLC .

Date: 08/20/2026

/s/ Dov Seewald
*Attorney's signature*

Dov Seewald, Esq.
*Printed name and bar number*

TVC Law Group
569 Church Ave.
Woodmere, NY 11598
*Address*

dov@tvclawgroup.com
*E-mail address*

203 252 0668
*Telephone number*

*FAX number*