**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the request at ECF No. 218, the discovery conference scheduled for October 27, 2026 is hereby rescheduled to **October 20, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The parties' joint letter is due **October 13, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 218.

**SO ORDERED.**

DATED: New York, New York
August 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge