PETERS BROVNER LLP.

August 26, 2026

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

**Re:** *State of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-1445-MMG; *City of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-02850-MMG
Letter Motion for Request To Reschedule December Court Date

Dear Judge Figueredo:

We represent Safa Goods LLC and write on behalf of all Defendants to respectfully request a brief adjournment of the December 10, 2026 conference due to an unavoidable scheduling conflict. The undersigned will be traveling out of state on that date and, accordingly, is unavailable to appear.

We have conferred with counsel for the State and the other Defendants, and all parties are available on December 8 or December 9, 2026, should either date be convenient for the Court. Alternatively, Defendants are available on any other date prior to December 10, 2026, or after December 15, 2026, at the Court's convenience. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Madison A. Kucker*
Madison A. Kucker
Lesley Brovner
Mark G. Peters
PETERS BROVNER LLP
*Counsel for Safa Goods, LLC*