# Exhibit A

| **Date of Meet and Confer**[1] | **Participating Attorneys** |
|---|---|
| June 4, 2026 at 12:00 p.m. | DOTF: Eric Gee<br>Defendants: Eric Heyer, Joseph Smith, Ryan Callinan, and Lauren Ierardi |
| August 11, 2026 at 9:00 a.m. | DOTF: Erice Gee<br>Defendants: Eric Heyer, Joe Smith, and Lauren Ierardi |

[1] As a matter of practice, all meet and confers were scheduled for an hour.