# Exhibit C

| DATE | Name | Description | Page # | Privilege Basis | FILE |
|---|---|---|---|---|---|
| 10/18/2019 | FW: Vapor TSB-M and Email | Email from Fiorello to Caponi | 6 | Deliberative process | |
| 10/18/2019 | FW: Vapor TSB-M and Email | Email from Schoonmaker to Fiorello | 8 | Deliberative process | |
| ATT | TSB-M-19(3)S v 9.4 | | 10 | Deliberative process | |
| 10/15/2019 | Vapor TSB-M and Email | Email from Thornhill to Schoonmaker | 14 | Deliberative process | |
| ATT | TSB-M-19(X)S v 9.3 | | 15 | Deliberative process | |
| ATT | TSB-M-19(X)S v 9.2 | | 18 | Deliberative process | |
| ATT | TSB-M-19(X)S v 9.1 | | 23 | Deliberative process | |
| ATT | TSB-M-19(X)S 9 | | 28 | Deliberative process | |
| 10/8/2019 | RE: Vapor TSB-M copy | Email from Thornhill to Caponi | 33 | Deliberative process | |
| ATT | TSB-M-19(X)S v8 | | 34 | Deliberative process | |
| 9/27/2019 | Draft Changes to Vapor M | Email from Thornhill to Schoonmaker | 39 | Deliberative process | |
| ATT | TSB-M-19(X)S v6 | | 40 | Deliberative process | |
| 9/20/2029 | RE: Comments on Permission to Issue TSB-M-19(X)S, Vapor Products Dealer Registration and Filing Requirements | Email from counsel Evans to Thornhill | 44 | Deliberative process | |
| 9/19/2019 | RE: Comments on Permission to Issue TSB-M-19(X)S, Vapor Products Dealer Registration and Filing Requirements | Email from Schoonmaker to Thornhill | 46 | Deliberative process | |
| ATT | TSB-M-19(X)S 9.19.19 | | 48 | Deliberative process | |
| 9/13/2019 | vapor products TSB-M - 2nd draft | Email from Fiorello to Ladouceur | 53 | Deliberative process | |
| ATT | TSB-M-19(X)S | Draft | 54 | Deliberative process | |
| ATT | TSB-M-19(X)S OOC comments | Draft | 58 | Deliberative process | |
| 9/16/2019 | RE: vapor products TSB-M 2nd draft | Email from Raleigh to Fiorello | 62 | Deliberative process | |
| 9/13/2019 | RE: DTF-95 | Email from Fiorello to Welcome | 63 | Deliberative process | |
| 8/16/2019 | Request for Comments on TSB-M-19(X)S - Vapor Products Dealer Registration and Filing Requirements | Email from tax.sm.Sales.Tax.Document.Review | 66 | Deliberative process | |
| ATT | TSB-M-19(X)S Draft | | 67 | Deliberative process | |
| 9/11/2019 | FW: vapor products/use tax - individuals | Email from Fiorello to Caponi | 71 | Deliberative process | |
| ATT | TSB-M-19(X)S | 9.6.19 draft OOC comments | 74 | Deliberative process | |
| 8/22/2019 | FW: Request for Comments on TSB-M-19(X)S - Vapor Products Dealer Registation and Filing Requirements | Email from Raleigh to Fiorello | 79 | Deliberative process | |
| 8/27/2019 | Request for Comments on TSB-M-19(X)S - Vapor Products Dealer Registration and Filing Requirements | Email from Forms to Fiorello | 81 | Deliberative process | |
| 8/28/2019 | FW: Request for Comments on TSB-M-19(X)S - Vapor Products Dealer Registation and Filing Requirements | Email from Fiorello to Caponi; TDAB commenst | 83 | Deliberative process | |

| | | | | |
|---|---|---|---|---|
| 8/20/2019 | FW: Request for Comments on TSB-M-19(X)S - Vapor Products Dealer Registation and Filing Requirements | Email from Fiorello to Dubuc; TCC - Sales Tax Comme | 85 | Deliberative process |
| 6/10/2019 | FW: Application for Registration of Retail Dealers for Sales of Vapor Products | Email from Fiorello to Caponi | 93 | Deliberative process |
| 8/2/2019 | FW: DTF-721.1 (12-19) 1st Due 8/2 Vending Machine Registration for Vapor Products (sticker) | Email from Sherdan to Caponi | 96 | Deliberative process |
| ATT | Proposed sticker | | 98 | Deliberative process |
| ATT | Vapor proposed reg | | 99 | Deliberative process |
| 8/26/2019 | Notes on DTF-719 implementation | | 1 | Deliberative process |
| ATT | Vapor Renewal Reminder | | 5 | Deliberative process |
| ATT | Copy of TSB-A-19(3)S | | 11 | Deliberative process |
| ATT | Webinar Notice | | 15 | Deliberative process |
| 10/31/2019 | FW: Vape Certificate of Registration | Email from Thornhill to Schoonmaker | 20 | Deliberative process |
| 11/6/2019 | Vapor-NYBE Index Page - Requesting Approval | | 30 | Deliberative process |
| ATT | NYBE_Draft_10_10_2019-3_for_approval.docx | Draft of Notice | 31 | Deliberative process |
| 11/29/2019 | FAQs on Vapor landing page | Email from Thornhill to Schoonmaker | 42 | Deliberative process |
| ATT | Draft of Vapor landing page | | 43 | Deliberative process |
| ATT | FAQs on Vapor landing page | | 53 | Deliberative process |
| ATT | Draft of Vapor landing page | | 57 | Deliberative process |
| ATT | Print of the bill w notes | | 64 | Deliberative process |
| 11/12/2019 | FW: Calls from Tax pros-vapor reg | Email from Palladino to Ladouceur | 70 | Deliberative process |
| 11/12/2019 | RE: Calls from Tax pros-vapor reg | Email from Palladino to Fiorello | 72 | Deliberative process |
| 11/5/2019 | FW: Vaping Webinar Metting Tomorrow Call In | Email from Thornhill to meeting participants | 76 | Deliberative process |
| ATT | Agenda - Vaping Webinar_11062019.docx | | 78 | Deliberative process |
| ATT | Vapor Webinar 11-5-2019.pptx | Non-final PPT | 80 | Deliberative process |
| 10/16/2019 | Updated: Vapor actions upon approval | | 145 | Deliberative process |
| 10/18/2019 | 10/18 Updated: Vapor actoins upon TSB-M approval | | 147 | Deliberative process |
| 10/9/2019 | Requst for comments on vapor products landing page draft | Email from Caponi to review list | 149 | Deliberative process |
| | Proposed Vapor landing page | | 150 | Deliberative process |
| 10/9/2019 | Vapor products landing page (002).pdf | Email from Castracani to Caponi | 155 | Deliberative process |
| 10/10/2019 | RE: Vapor Communication Focus Team meeting minutes - 10/10/19 - OOC comments for Vapor Landing Page | Email from Evans to List | 157 | Deliberative process, Attorney Client |
| 10/15/2019 | RE: Vapor Communication Focus Team meeting minutes - 10/10/19 - OOC comments for Vapor Landing Page | Email form Fiorello to Evans | 160 | Deliberative process |
| ATT | Draft of TSB-M-19(3)S | | 168 | Deliberative process |

| | | | |
|---|---|---|---|
| ATT | Draft of TSB-M-19(3)S v4 | | 173 Deliberative process |
| 10/18/2019 | FW: Vapor YSB-M and Email | Email from Schoonmaker to Fiorello | 177 Deliberative process |
| ATT | Draft of TSB-M-19(3)S | | 179 Deliberative process |
| 10/15/2019 | FW: TSB-M-19(3)S, Vapor Products Dealer Registration and Filing Requiremnents | Email from Capon to Thornhill | 183 Deliberative process |
| ATT | Draft of TSB-M-19(3)S | | 184 Deliberative process |
| ATT | Draft of TSB-M-19(3)S | | 188 Deliberative process |
| ATT | Draft Email for Vapor guidance | | 192 Deliberative process |
| ATT | Draft webpage | | 194 Deliberative process |
| 10/17/2019 | RE: Updated Vapor products QA page | Email from Wagner to Thornhill | 198 Deliberative process |
| ATT | Draft of QA webpage | | 200 Deliberative process |
| ATT | Draft of TSB-M | | 205 Deliberative process |
| ATT | Draft of TSB-M | | 210 Deliberative process |
| 10/10/2019 | RE: Vapor Communication Focus Team meeting minutes - 10/10/19 - OOC comments for Vapor Landing Page | Email from Evans to review list | 214 Deliberative process, Attorney Client |
| ATT | Notes for registration review | | 217 Deliberative process |
| 10/15/2019 | Vapor Registration Communication | Email from Castracani to Fiorello | 1 Deliberative process |
| ATT | TSB-M-19(X)S | Draft of TSB-M | 2 Deliberative process |
| ATT | Draft of TSB-M-19(X)S | Draft of TSB-M | 6 Deliberative process |
| ATT | Web page draft | Draft of web page | 11 Deliberative process |
| ATT | Draft of TSB-M | Draft with OOC comments | 15 Deliberative process, Attorney Client |
| 10/17/2019 | RE: TSB-M and Email | Email from Palladino to Schmidt | 20 Deliberative process |
| ATT | Vapor products v9.3.pdf.secure | Draft of TSB-M | 22 Deliberative process |
| ATT | Draft of TSB-M | Draft of M reviewed by Counsel | 26 Deliberative process, Attorney Client |
| ATT | Vapor products web page | | 33 Deliberative process, Attorney Client |
| ATT | Vapor products web page | | 36 Deliberative process, Attorney Client |
| ATT | Draft TSB-M-19(X)S | | 40 Deliberative process, Attorney Client |
| ATT | Draft of TSB-M | | 48 Deliberative process, Attorney Client |
| ATT | Draft of TSB-M | | 52 Deliberative process, Attorney Client |
| 9/25/2019 | RE: Comments on Permission to Issue TSB-M-19(X)S, Vapor Products Dealer Registration and Filing Requirements | Email with TSB-M draft | 56 Deliberative process |
| 9/27/2019 | Draft Changes to Vapor M | Email from Thornhill to Schoonmaker | 60 Deliberative process |
| ATT | TSB-M-19(X)S | Draft of TSB-M | 61 Deliberative process |
| ATT | Draft of call center message script | | 66 Deliberative process |
| ATT | Draft of call center message script | | 67 Deliberative process |
| 9/23/2019 | FW: Vapor Registration Email for External Stakeholders | Email from Wood to Thornhill | 68 Deliberative process |
| 9/25/2019 | Meeting email | Email for meeting with notes | 70 Deliberative process |
| ATT | TSB-M draft v2 + v3 | TSB-M draft | 72 Deliberative process |

| | | | | |
|---|---|---|---|---|
| 9/17/2019 | RE: vapor products TSB-M 2nd draft | Email from Evans to Thornhill | 77 | Deliberative process, Attorney Client |
| ATT | TSB-M draft with comments | Draft of TSB-M | 79 | Deliberative process |
| ATT | TSB-M draft with comments w OOC comments | Draft of TSB-M | 83 | Deliberative process |
| 9/17/2019 | RE: vapor products TSB-M 2nd draft | Email from Evans to Thornhill | 88 | Deliberative process |
| ATT | TSB-M draft with comments w OOC comments | Draft of TSB-M | 92 | Deliberative process |
| 9/17/2019 | Vapor TSB-M email audience | Planning for email list | 97 | Deliberative process |
| ATT | TSB-M draft | Draft of TSB-M | 99 | Deliberative process |
| ATT | TSB-M draft 2d draft | Draft of TSB-M | 103 | Deliberative process |
| 9/17/2019 | Vapor TSB-M email audience with notes | Planning for email list | 107 | Deliberative process |
| ATT | Draft of call center message script | | 110 | Deliberative process |
| ATT | Draft of call center message script | | 112 | Deliberative process |
| ATT | Vapor media center page draft | | 134 | Deliberative process |
| ATT | Proposed mailer | | 150 | Deliberative process |
| 8/15/2019 | Re: Alert updates in QA - Vapor products tax | Email from Fallon to Fiorello | 151 | Deliberative process |
| 8/12/2019 | FW: NYS Tax Department - Information on vapor products registration: TEST | Email from Thornhill to Fallon | 154 | Deliberative process |
| ATT | Vapor Products draft.doc | Draft of TSB-M | 159 | Deliberative process |
| ATT | Draft of TSB-M | | 163 | Deliberative process |
| 7/23/2019 | FW: Draft Vapor Products M | Email from Fiorello to Thornhill | 167 | Deliberative process |
| ATT | Vapor products cc.doc | | 168 | Deliberative process |
| ATT | Notes about filers | | 178 | Deliberative process |
| 7/17/2019 | RE: New article 28-C of the Tax Law | Email from Harrison to Martin | 179 | Deliberative process |
| 8/6/2019 | Vapor Registration -Industry Outreach Request | Meeting invite with the outrach to inducstry groups | 1 | Deliberative process |
| ATT | Draft - 07/24/2019 Additional Vaping content | Draft of online content | 6 | Deliberative process |
| ATT | Draft of Vapor products registration media center | | 12 | Deliberative process |
| 8/5/2019 | RE: Vapor Registration Communications Meeting | | 15 | Deliberative process |
| ATT | Draft of proposed email notice | | 17 | Deliberative process |
| ATT | Draft of mailer 2d draft | | 18 | Deliberative process |
| ATT | Draft of webpage | | 19 | Deliberative process |
| ATT | Email draft 3 | | 21 | Deliberative process |
| ATT | Email draft 4 | | 23 | Deliberative process |
| ATT | Proposed portal content | | 24 | Deliberative process |
| ATT | Vapor Communications Plan_08_05_2019_.xlsx | Plan for vapor registration draft | 26 | Deliberative process |
| ATT | Draft 07/24/2019 Additional Vaping content | | 28 | Deliberative process |
| ATT | Draft index page for NYBE | | 30 | Deliberative process |
| ATT | Webpage draft 1 | | 36 | Deliberative process |
| ATT | Draft Email 1 | | 37 | Deliberative process |
| ATT | Draft Email 2 with notes | | 39 | Deliberative process |
| ATT | Draft Email 3: Application is now available | | 40 | Deliberative process |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ATT | Draft Email 4: Reminder to register | | | 42 | Deliberative process | | |
| 7/30/2019 | FW: Vapor Registrations - Email and Web Page Language | Email from Fiorello to Thornhill | | 44 | Deliberative process | | |
| ATT | Draft Webpage 2: Guidance Issued or registration now avaialble | | | 46 | Deliberative process | | |
| ATT | Draft Version 3 App is coming | | | 47 | Deliberative process | | |
| ATT | Draft Version 4: App is live | | | 48 | Deliberative process | | |
| ATT | Draft of mailer 2d draft | | | 51 | Deliberative process | | |
| ATT | Proposed vapor registration | | | 52 | Deliberative process | | |
| ATT | Proposed Vending Machine Certificate | | | 55 | Deliberative process | | |
| ATT | Draft of Registration more info letter 1st draft | | | 57 | Deliberative process | | |
| ATT | Draft of Registration more info letter 2d draft | | | 58 | Deliberative process | | |
| ATT | Draft of TR-804.3 2d Draft | | | 59 | Deliberative process | | |
| ATT | Draft of 804.2 | | | 60 | Deliberative process | | |
| ATT | Draft of TR-804.4 | | | 61 | Deliberative process | | |
| ATT | Draft of TR-804.4-RV | | | 62 | Deliberative process | | |
| ATT | Draft of TR-804.4-S | | | 63 | Deliberative process | | |
| ATT | Draft of TR-804.5 | | | 64 | Deliberative process | | |
| ATT | | | | | | | |
| 11.17.23 | RE: Question RE 1399-ll - Seizure of Vape | Counsel opinion to staff in CID | | | Attorney client privilege | | |
| 10.4.23 | RE: Vaping Enforcement | Counsel opinion regading vapor | | | Attorney client privilege | | |
| 11.17.23 | Question RE 1399-ll - Seizure of Vape | Counsel opinion to staff in CID | | | Attorney client privilege | | |
| ATT | Links and notes | Audit Training notes | | | Law Enforcement investigation | | |
| 11/8/2024 | FW: Request for permission to issue - Tax Bulletin Sales T | Email with guidance | Email with g | | Deliberativ | Deliberative | Thornhill Emails |
| ATT | b24_825s 11.7.24.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | b24_825s 11.7.24.pdf | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | Compare (7-9-2021 + 11-7-2024).docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | Compare (6-2021 + 11-7-2024).docx | Draft of Tax Bulletin | | | Deliberative process | | |
| 11/5/2024 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | | | Deliberative process | | |
| ATT | b24-825s 10.31.24 second PTI.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | Compare doc 2021 to 2024 10.31.24 second PTI.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | Compare doc 6.26.24 vs 10.31.24.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | b24-825s second PTI10.31.24.pdf | Draft of Tax Bulletin | | | Deliberative process | | |
| 8/5/2024 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | | | Deliberative process | | |
| ATT | Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | | | Deliberative process | | |
| ATT | b24-825s 6.12.24 FINAL.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | b24-825s 6.12.24 FINAL.pdf | Draft of Tax Bulletin | | | Deliberative process | | |
| ATT | TB-St-825 original vs final compare doc.docx | Draft of Tax Bulletin | | | Deliberative process | | |
| 11/18/2025 | Updated permission to issue - TB-ST-825 Sales Tax Rates, Additional Sales Taxes, and Fees | | Email from | | Deliberativ | Deliberative | |
| ATT | b25_825s.docx | Draft of Tax Bulletin | | | Deliberative process | | |

| | | | | | |
|---|---|---|---|---|---|
| | Compare 7.9.2021 vs 11.17.2025.docx | Draft of Tax Bulletin | | Deliberative process | |
| 11.18.25 | RE: Permission to issue - TB-ST-825 Sales Tax Rates, Additional Sales Taxes, and Fees | | | Deliberative process | |
| ATT | b25_825s.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 7.9.2021 vs 11.17.2025.docx | Draft of Tax Bulletin | | Deliberative process | |
| 11.18.25 | Permission to issue - TB-ST-825 Sales Tax Rates, Additional Sales Taxes, and Fees | | Email from | Deliberativ | Deliberative |
| | b25_825s.docx | Draft of Tax Bulletin | | Deliberative process | |
| | Compare 7.9.2021 vs 11.17.2025.docx | Draft of Tax Bulletin | | Deliberative process | |
| 10.29.25 | For the meeting tomorrow | Draft of Tax Bulletin | Email from | Deliberative process | |
| 9.29.25 | FW: Tax Bulletin Sales Tax Rates, Additional Rates, and Fees (TB-ST-825) (9/2025) | | Email from | Deliberativ | Deliberative |
| | b25_825s v1.docx | Draft of Tax Bulletin | | Deliberative process | |
| | b25 825 Compare (7.9.2021 + 9.19.2025).docx | Draft of Tax Bulletin | | Deliberative process | |
| 9.25.25 | Tax Bulletin Sales Tax Rates, Additional Rates, and Fees (TB-ST-825) (9/2025) | | Email for ci | Deliberativ | Deliberative |
| ATT | b25_825s v1.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | b25 825 Compare (7.9.2021 + 9.19.2025).docx | Draft of Tax Bulletin | | Deliberative process | |
| 9.19.25 | Permission to clear TB-ST-825 | | Email from | Deliberativ | Deliberative |
| ATT | b25_825s v1.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | b25 825 Compare (7.9.2021 + 9.19.2025).docx | Draft of Tax Bulletin | | Deliberative process | |
| 8.11.25 | RE: TB-ST-825 permission to clear | | Email from | Deliberativ | Delibertaive |
| ATT | b25 825s 7.24.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| 7.30.25 | TB-ST-825 permission to clear | | Email from | Deliberativ | Deliberative |
| ATT | b25 825s 7.24.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 1.24.24 to 7.24.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| 5.9.25 | RE: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Email from | Deliberativ | Deliberative |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| 2.19.25 | RE: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Email from | Deliberativ | Deliberative |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | Email from | Deliberativ | Deliberative |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 6.12.24 to 2.19.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 2021 to 2025.docx | Draft of Tax Bulletin | | Deliberative process | |
| 1.30.25 | RE: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Email from | Deliberativ | Deliverative |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | b24 825s 1.27.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 6.12.24 to 2.19.25.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare 2021 to 2025.docx | Draft of Tax Bulletin | | Deliberative process | |
| 11.29.25 | RE: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Email from | Deliberativ | Deliberative |
| ATT | SVW edits b24 825s 11.7.24.docx | Draft of Tax Bulletin | | Deliberative process | |
| 11.27.25 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Email from | Deliberativ | Deliberative |
| ATT | b24 825s 11.7.24.docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | b24 825s 11.7.24.pdf | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare (7-8-2021 + 11-7-2024).docx | Draft of Tax Bulletin | | Deliberative process | |
| ATT | Compare (6-2024 + 11-2024).docx | Draft of Tax Bulletin | | Deliberative process | |

| | | | |
|---|---|---|---|
| 11.8.24 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) Email from | | Deliberative process |
| ATT | b24 825s 11.7.24.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 11.7.24.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare (7-8-2021 + 11-7-2024).docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare (6-2024 + 11-2024).docx | Draft of Tax Bulletin | Deliberative process |
| 11.8.24 | RE: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) Email from | | Deliberative process |
| ATT | b24 825s 11.7.24.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 11.7.24.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare (7-8-2021 + 11-7-2024).docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare (6-2024 + 11-2024).docx | Draft of Tax Bulletin | Deliberative process |
| 10.31.25 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) Email from | | Deliberative process |
| ATT | b24-825s 10.31.24 second PTI.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc 2021 to 2024 10.31.24 second PTI.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc 6.26.24 vs 10.31.24.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24-825s second PTI10.31.24.pdf | Draft of Tax Bulletin | Deliberative process |
| 9.19.24 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) Email from | | Deliberative process |
| ATT | b24-825s 9.20 ld.docx | Draft of Tax Bulletin | Deliberative process |
| 8.7.24 | 3 Permissions to issue | Email from Gokey to Hiller | Deliberative process |
| ATT | See 5 attachments including TB-ST-825 | Draft of Tax Bulletin | Deliberative process |
| 6.21.24 | RE: Permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | TB-St-825 original vs final compare doc.docx | Draft of Tax Bulletin | Deliberative process |
| 4.11.24 | Permission to issue - Tax Bulletin Sales Tax Rates, Additio | Email from DeVoe | Deliberative process |
| ATT | b24-825s 3.5.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc 2021 to 2024 10.31.24.docx | Draft of Tax Bulletin | Deliberative process |
| 4.4.24 | Permission to issue - Tax Bulletin Sales Tax Rates, Additio | Email from Devoe | Deliberative process |
| ATT | b24-825s 3.5.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc 2021 to 2024.docx | Draft of Tax Bulletin | Deliberative process |
| 3.22.24 | RE: budget comparison matrix | Email from Raleigh | Deliberative process |
| 2.22.24 | FW: TB-ST-825 Sales Tax Rates, Additional Sales Taxes, a | Email from DeVoe | Deliberative process |
| ATT | Sales Tax Rates, Additional Sales Taxes and Fees Compa | Draft of Tax Bulletin | Deliberative process |
| 2.5.24 | TB-ST-825 Sales Tax Rates, Additional Sales Taxes, and F | Email from DeVoe | Deliberative process |
| ATT | Sales Tax Rates, Additional Sales Taxes and Fees Compa | Draft of Tax Bulletin | Deliberative process |
| 1.24.24 | Tax Bulletin Sales Tax Rates, Additional Rates, and Fees ( | Email from Sales Tax Document Review mailbox | Deliberative process |
| ATT | Sales Tax Rates, Additional Sales Taxes and Fees Compa | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc v1 to v2.docx | Draft of Tax Bulletin | Deliberative process |
| 7.23.19 | FW: Draft Vapor Products M | Email from Fiorello | Deliberative process |
| ATT | Vapor products cc.doc | Draft of Tax Bulletin | Deliberative process |
| ATT | Part UU vapor.pdf | Draft of Tax Bulletin | Deliberative process |
| 6.27.19 | FW: vapor products | Email from Fiorello | Deliberative process |

| | | | |
|---|---|---|---|
| ATT | Vapor products.doc | Draft of Tax Bulletin | Deliberative process |
| ATT | Part UU vapor.pdf | Draft of Tax Bulletin | Deliberative process |
| | | | Deliberative process |
| 12.3.25 | Follow up on TTFF items for approval | Email to SVW and Gokey | Deliberative process |
| ATT | Includes multiple including TB-ST-825 | Draft of Tax Bulletin | Deliberative process |
| 11.18.25 | Request for permission to issue - TB-ST-825 Sales Tax Rat | Email to SVW, Dokey | Deliberative process |
| ATT | b25 825s.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 7.9.2021 vs 11.17.2025.docx | Draft of Tax Bulletin | Deliberative process |
| 10.28.25 | FW: Tax Bulletin Sales Tax Rates, Additional Rates, and Fe | Email to DeVoe | Deliberative process |
| ATT | b25 825s v2.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b25 825s Compare (v1 to v2).docx | Draft of Tax Bulletin | Deliberative process |
| 8.11.25 | TB-ST-825 permission to clear | Email to Gokey, SVW | Deliberative process |
| ATT | b25 825s 7.24.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 1.24.24 to 7.24.25.docx | Draft of Tax Bulletin | Deliberative process |
| 6.5.25 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to DeVoe | Deliberative process |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| 5.13.25 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to DeVoe | Deliberative process |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| 5.9.25 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to DeVoe | Deliberative process |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 6.12.24 to 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 2021 to 2025.docx | Draft of Tax Bulletin | Deliberative process |
| 5.1.25 | FW: Request for permission to issue - Tax Bulletin Sales Tax Rates, Additional Sales Taxes, and Fees (TB-ST-825) | | Deliberative process |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 6.12.24 to 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 2021 to 2025.docx | Draft of Tax Bulletin | Deliberative process |
| 2.20.25 | Request for permission to issue - Tax Bulletin Sales Tax Ra | Email to SVW, Gokey | Deliberative process |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 6.12.24 to 2.19.25.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare 2021 to 2025.docx | Draft of Tax Bulletin | Deliberative process |
| 2.18.25 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to DeVoe | Deliberative process |
| ATT | b24 825s 11.7.24 (002) SVW LD 2 ST.docx | Draft of Tax Bulletin | Deliberative process |
| 12.9.24 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to DeVoe | Deliberative process |
| ATT | SVW edits b24 825s 11.7.24.docx | Draft of Tax Bulletin | Deliberative process |
| 11.8.24 | FW: Request for permission to issue - Tax Bulletin Sales T | Email to Gokey | Deliberative process |
| ATT | b24 825s 11.7.24.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24 825s 11.7.24.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare (7-9-2021 + 11-7-2024).docx | Draft of Tax Bulletin | Deliberative process |

| | | | |
|---|---|---|---|
| ATT | Compare (6-2024 + 11-2024).docx | Draft of Tax Bulletin | Deliberative process |
| 11.5.24 | RE: Request for permission to issue - Tax Bulletin Sales Tа | Email to DeVoe | Deliberative process |
| ATT | Compare doc 6.26.24 vs 10.31.24 sam comments 11-5-2 | Draft of Tax Bulletin | Deliberative process |
| 8.6.24 | FW: stuff for AH review | Email to Gokey | Deliberative process |
| ATT | Multiple including sales tax rates inlcuding extra email | | Deliberative process |
| 8.5.24 | RE: stuff for AH review | Email to Gokey, LajOie | Deliberative process |
| ATT | Emails with proposed bulletins | Draft of Tax Bulletin | Deliberative process |
| 7.29.24 | Summary of requests for permission to publish - awaiting | Email to Gokey | Deliberative process |
| ATT | Multiple including sales tax rates inlcuding extra email | | Deliberative process |
| 6.26.24 | Request for permission to issue - Tax Bulletin Sales Tax Rа | Email to Gokey, DeVoe | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | TB-St-825 original vs final compare doc.docx | Draft of Tax Bulletin | Deliberative process |
| 6.26.24 | FW: Permission to issue - Tax Bulletin Sales Tax Rates, Ad | Email to DeVoe | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | b24-825s 6.12.24 FINAL.pdf | Draft of Tax Bulletin | Deliberative process |
| ATT | TB-St-825 original vs final compare doc.docx | Draft of Tax Bulletin | Deliberative process |
| 6.4.24 | FW: Permission to issue - Tax Bulletin Sales Tax Rates, Ad | Email to DeVoe | Deliberative process |
| ATT | b24-825s 3.5.24 FINAL.docx | Draft of Tax Bulletin | Deliberative process |
| ATT | Compare doc 2021 to 2024.docx | Draft of Tax Bulletin | Deliberative process |