# Exhibit D

**Hallmark, Brandon**

**From:** Ierardi, Lauren
**Sent:** Friday, May 8, 2026 2:58 PM
**To:** Gee, Eric (TAX); Heyer, Eric
**Cc:** Smith, Joseph; Ausbrooks, Michaela
**Subject:** RE: SUBPOENA

Eric,

Good afternoon. Please send the documents to Michaela Ausbrooks (copied).

We are interested in the documents regarding the tax bulletin.

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Thursday, May 7, 2026 4:59 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Subject:** RE: SUBPOENA

**CAUTION EXTERNAL EMAIL**

Good afternoon:
I attempted earlier today to send you documents but your servers rejected it. As such, I will need to send the documents via our secure portal. I will have my support staff contact your office tomorrow to send. Please advise of a person that they may contact to send the documents. They will need to send that person a password to open the package.
My earlier email also had this question for you, so I have copied it here for your review. Please advise.
Thanks,
Eric

Please be advised that the canvass and review of these documents has required numerous staff to devote their time to working on the response. As such, to streamline our process and yours, I have the following inquiry. We are currently reviewing a large number of documents that pertain to the review of a Tax Bulletin titled “Sales Tax Rates, Additional Sales Taxes, and Fees” We are receiving these documents because the following language is in the that bulletin:

### Vapor products

A 20% supplemental sales tax is imposed on retail sales of vapor products sold in New York. Any business that intends to sell vapor products must be registered as a vapor products dealer before making sales of these products. For more information, see TSB M-19(3)S, *Vapor Products Dealer Registration and Filing Requirements.*

This language is a simple version of the Department's interpretation of Tax Law 1181 that refers back to the TSB-M referenced in your first request. Please advise if you are interested in documents regarding that tax bulletin or if we can agree that those are not responsive to your request.

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Thursday, May 7, 2026 4:19 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Subject:** RE: SUBPOENA

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Eric,

Please advise as to when you will be producing documents. If we don't hear anything from you by noon tomorrow, we will proceed with filing a letter motion to compel.

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Heyer, Eric
**Sent:** Friday, May 1, 2026 1:32 PM
**To:** 'Gee, Eric (TAX)' <Eric.Gee@tax.ny.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

Eric,

I thought we were clear on our last call that you would be producing documents this week, not next week. The production is now long overdue; we need you to speed this up, as the judge wants all document production for the case completed by the end of May. Please send us your first tranche of documents no later than Wednesday.

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Friday, May 1, 2026 1:07 PM

**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

**CAUTION EXTERNAL EMAIL**

Good afternoon:
Thanks for reaching out. I hadn't heard regarding the extension on this since our last contact, but we have continued the process here. I had hoped to provide some initial production by today but unfortunately that is not feasible. The data gathering process took a little longer, so we are now reviewing. As such, I'd hope to have something late next week. I'll keep you posted on our progress.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Friday, May 1, 2026 10:47 AM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Eric,

Can you confirm that we will be getting some documents today as promised?

Thanks,

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Monday, April 20, 2026 3:27 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

**CAUTION EXTERNAL EMAIL**

Good afternoon:
Let me see what I can do was far as a rolling production. I can be available on Wednesday at almost any time.
Thanks,

Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Monday, April 20, 2026 2:40 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Unfortunately, we cannot agree to a further extension of 20 days, as discovery is currently scheduled to close on 5/15. Can you at least start a rolling production in the next couple of days? Please also let me know when you are free to discuss tomorrow or Wednesday.

Thanks,

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Monday, April 20, 2026 2:06 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

**CAUTION EXTERNAL EMAIL**

Good afternoon:
I write as follow up to my below email. While we are well into our canvassing and review process, I do not think we will be able to produce the requested documents by 4/24. Please advise if you would be amenable to another 20 day extension. Let me know if you would like to have another call to briefly discuss status.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Gee, Eric (TAX)
**Sent:** Tuesday, March 31, 2026 10:57 AM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

Good morning:
Thank you for the call this morning. As we discussed, we agreed to extend the response date from April 4, 2026 to April 24, 2026. I'll continue to be in touch base regarding the production of documents.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Gee, Eric (TAX)
**Sent:** Friday, March 27, 2026 5:56 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

Good afternoon:
No problem and thank you for the reply. I can be available on Tuesday morning. Is 10AM good?
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Friday, March 27, 2026 5:53 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: SUBPOENA

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Eric,

Apologies for the delay. Are you available for a call to discuss next Tuesday morning?

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Friday, March 27, 2026 5:48 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Subject:** RE: SUBPOENA

**CAUTION EXTERNAL EMAIL**

Good afternoon:
I am following up on the below email. To date, I have not received any response to my voicemail or prior email.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Gee, Eric (TAX)
**Sent:** Tuesday, March 24, 2026 2:34 PM
**To:** eric.heyer@thompsonhine.com
**Subject:** SUBPOENA

Good afternoon:
I write to follow up on a voicemail left at your office last week. We are in receipt of your subpoena for City of New York v Puff Bar, et al. Initially, I have two questions/requests:

1. Do you consent to a 30-day extension in the time to provide responsive records?
2. Your request 3 asks for "documents and communications relating to your interpretation of New York Tax Law sec. 1181. Are you seeking all documents relating to that section or is there any limitation to that request?

Please let me know or I am happy to have a call to discuss further.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

This communication may contain confidential and/or legally privileged information. It is intended only for the individuals named as recipients. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this communication. If you've received this communication by mistake, please notify the sender immediately and delete or destroy it, as appropriate.

**Hallmark, Brandon**

| | |
|---|---|
| **From:** | Ierardi, Lauren |
| **Sent:** | Monday, August 10, 2026 5:41 PM |
| **To:** | Gee, Eric (TAX); Heyer, Eric |
| **Cc:** | Smith, Joseph; Callinan, Ryan |
| **Subject:** | RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance |

Eric,

Thank you for the update. I will send you a Teams invite momentarily.

Sincerely,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Monday, August 10, 2026 5:38 PM
**To:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>; Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**CAUTION EXTERNAL EMAIL**

Good afternoon:
I have shifted another matter and I can be available at 9AM.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Sent:** Monday, August 10, 2026 4:56 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>; Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Eric,

Are you available at 9:00 am or 10:30 am EST tomorrow, we now have a meet and confer in another case at 9:30 am tomorrow?

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Monday, August 10, 2026 3:20 PM
**To:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>; Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**CAUTION EXTERNAL EMAIL**

Good afternoon:
I have to be at another meeting at 10 but I can be available at 9:30 for about 20 minutes.
Let me know if that works for you.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Sent:** Monday, August 10, 2026 9:02 AM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>; Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Eric,

I am following up on my email below. Can you please let us know when you are available for a call tomorrow from 9:00 am to 11:00 am EST?

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Ierardi, Lauren
**Sent:** Friday, August 7, 2026 9:23 AM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>; Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

Eric,

We are available for a call next Tuesday, August 11, 2026, from 9:00 am to 11:00 am EST.

Please let us know when you are available during that window, and I will send a Teams meeting invite.

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Thursday, August 6, 2026 3:30 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**CAUTION EXTERNAL EMAIL**

Good afternoon:
Just wanted to touch base on progress here. First, I have our document set together. However, I need to touch base with management on a couple issues that may save us some time on certain documents. However, due to some scheduling issues, I will not be able to have that conversation until early next week. Once that occurs, I would like for us to have a conversation to discuss our production and privilege assertions to see if we can streamline that process.
I can be available Thursday or Friday.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Gee, Eric (TAX)
**Sent:** Wednesday, July 29, 2026 6:24 PM
**To:** 'Heyer, Eric' <Eric.Heyer@thompsonhine.com>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

Good evening:
I write to keep you advised of our progress. It will take a little more time to send you the documents because of some scheduling issues with personnel necessary to finish. However, the delay will not be long and I will send our production at the latest by next Wednesday 8/5.
Thank you for your continued patience,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Monday, July 13, 2026 4:55 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Thank you.

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Monday, July 13, 2026 4:31 PM
**To:** Heyer, Eric <Eric.Heyer@thompsonhine.com>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>

**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**CAUTION EXTERNAL EMAIL**

Good afternoon:

I was able to check in with staff to see what else needed to be done for completion of the Department's response to your subpoena. Realistically and to avoid any further email exchanges, we will send you our remaining production and final privilege log by 7/31/26.

Thanks,

Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Heyer, Eric <Eric.Heyer@thompsonhine.com>
**Sent:** Friday, July 10, 2026 1:24 PM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>; Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Eric,

More than three more weeks have elapsed and we have not heard further from you. Please advise as to when you will complete your production and when the final privilege log will be produced. If we do not hear from you by COB next Monday with a binding commitment as to the final dates by when you will complete production and produce the log, we intend to file a letter motion to compel with the Court.

**Eric N. Heyer | Thompson Hine LLP**
O: 202.263.4128 | M: 202.450.0867

---

**From:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Sent:** Thursday, June 18, 2026 6:39 PM
**To:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Cc:** Heyer, Eric <Eric.Heyer@thompsonhine.com>; Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** RE: Meet and Confer – Subpoena to New York Department of Taxation and Finance

**CAUTION EXTERNAL EMAIL**

Good evening:

I wanted to provide an update on this matter. We are still working on finalizing our document production. I anticipate we will need another week for a few issues. One, you do raise issues that may require

consultation with the commissioner of the agency. As such, those will take a little more time due to scheduling concerns. For some of the same reasons, the revised privilege log will take a little longer. I will advise you mid-next week where we are in the process and hopefully wrap this up soon.
Thanks,
Eric

**Eric R. Gee**
Associate Attorney

**New York State Department of Taxation and Finance**
W A Harriman Campus, Building 9, Albany NY 12227

(518) 457-2070 | Eric.Gee@tax.ny.gov

www.tax.ny.gov

---

**From:** Ierardi, Lauren <Lauren.Ierardi@thompsonhine.com>
**Sent:** Monday, June 8, 2026 10:24 AM
**To:** Gee, Eric (TAX) <Eric.Gee@tax.ny.gov>
**Cc:** Heyer, Eric <Eric.Heyer@thompsonhine.com>; Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** Meet and Confer – Subpoena to New York Department of Taxation and Finance

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Eric,

This email memorializes the meet and confer held on June 4, 2026, regarding the New York Department of Taxation and Finance's (the "Department of Taxation") document production and privilege log produced in response to Defendants Midwest Goods Inc., 10 Days, Inc., Safa Goods LLC, and SV3, LLCs' (collectively the "Defendants") subpoena.

Defendants asked if the Department of Taxation has any guidance documents provided to call center staff or transcripts those call center staff were instructed to use with individuals asking for guidance, enforcement, and implementation of the topics referenced in the subpoena. The Department of Taxation stated it would see if any transcripts exist, and if they do exist, the transcripts or guidance will be produced.

Defendants also asked if the Department of Taxation has any documents related to communications, including emails, with stakeholders regarding applications for the vapor product dealer registration certificate more broadly, and particularly on the topic of whether distributors and wholesalers are eligible to apply for the vapor product dealer registration certificate. If these documents exist, the Defendants asked that they all be produced.

Defendants asked if the Department of Taxation has any communications with the New York Department of Health ("Department of Health") related to the "Department of Health's Guidance for Vapor Product Manufacturers, Wholesalers, Distributors, and Retailers Regarding New Shipping Restrictions" ("Guidance Document"). Defendants showed the Guidance Document to the Department

of Taxation and emphasized the "What shipments are prohibited by these changes?" section. Defendants explained that they are seeking all documents related to communications with the Department of Health from late 2019 to July 2020 related to the Guidance Document.

Defendants notified the Department of Taxation that the privilege log it included with its initial document production is insufficient based on the case law related to the deliberative process privilege. Defendants provided the Department of Taxation with the following baseline steps it would need to take to potentially invoke the privilege:

1. The head of the agency or its designee must personally review the allegedly privileged material and consider whether the deliberative process privilege applies. *Anilao v. Spota*, No. CV 10-32 (JFB) (AKT), 2015 U.S. Dist. LEXIS 135369, at * 48 (E.D.N.Y. Sept. 30, 2015).

2. The documents and/or portions of documents being withheld must be identified and described in a privilege log with sufficient information related to why the information allegedly falls within the deliberative process privilege. *City of New York v. FedEx Ground Package Sys.*, No. 13 Civ. 9173(ER), 2017 U.S. Dist. LEXIS 151797, at *17 (S.D.N.Y. Sept. 18, 2017).

3. The privilege log must provide sufficient detail for the receiving party to assess whether the withheld documents relate to the process of forming policies, i.e., whether the privilege applies to each identified document. *NRA of Am. v. Cuomo*, 332 F.R.D. 420, 436 (N.D.N.Y. 2019) (citing *Ramooe, Inc. v. City of New York*, No. 13-CIV-01045 SLT/VMS, 2017 U.S. Dist. LEXIS 182003, at *4 (E.D.N.Y. Nov. 2, 2017) (any privilege log for documents and communications a party seeks to withhold on the basis of the deliberative process privilege "must 'contain sufficient information such that the reviewing party can make an intelligent determination as to whether the withheld documents are 'predecisional' and 'deliberative'")).

4. The privilege log should provide:

> various pieces of information, including, but not limited to, a description of the decision to which the documents relate, the date of the decision, the subject-matter of the documents in issue, the nature of the opinions and analyses offered, the date that documents were generated, the roles of the agency employees who authored or received the withheld documents and the number of employees among whom the documents were circulated.

*NRA of Am.*, 332 F.R.D. at 433 (citing *Nat'l Council of La Raza v. Dep't of Justice,* 411 F.3d 350, 356 (2d Cir. 2005)).

5. The head of the agency, or its designee, must provide an affidavit confirming the individual reviewed the withheld documents and the precise details as to why the withheld documents must be shielded from disclosure. *Burbar v. Inc. Vill. of Garden City*, 303 F.R.D. 9, 14 n.2 (E.D.N.Y. 2014).

Defendants explained that the privilege log is deficient and that the Department of Taxation has not followed the procedural requirements an agency must follow when alleging certain information is confidential based on the deliberative process privilege. Defendants noted as an example that they have not received an affidavit from the head of the Department of Taxation confirming the individual reviewed the withheld documents and the precise details as to why the documents are being withheld.

Department of Taxation stated the privilege log produced was tentative and that it is still reviewing documents to produce a supplemental document production and final privilege log.

Department of Taxation tentatively agreed to get Defendants an updated privilege log and the outstanding items of its document production by June 19, 2026. Department of Taxation stated it would update Defendants if it anticipated needing additional time.

Finally, Defendants noted that they would be issuing a subpoena for testimony from a 30(b)(6) representative and the Department of Taxation agreed to cooperate with finding a suitable date for that deposition—likely in the month of August.

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

SmartPaTHs PLUS
**Smarter Law. Real Impact. Read more.**

**Our commitment to innovation has been recognized by leading organizations such as the *Financial Times, The American Lawyer*, *ABA Journal,* Law360 and Bloomberg. Learn more about our commitment here.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | Minneapolis | New York | Silicon Valley | Washington, D.C.

THOMPSON HINE

This communication may contain confidential and/or legally privileged information. It is intended only for the individuals named as recipients. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this communication. If you've received this communication by mistake, please notify the sender immediately and delete or destroy it, as appropriate.

**Hallmark, Brandon**

**From:** Ierardi, Lauren
**Sent:** Monday, August 24, 2026 6:08 PM
**To:** Gee, Eric (TAX)
**Cc:** Heyer, Eric; Smith, Joseph; Callinan, Ryan
**Subject:** RE: Meet and Confer (8/11/26) – Subpoena to New York Department of Taxation and Finance

Eric,

We have not received your supplemental document production and updated privilege log. We must receive your document production by tomorrow, August 25, 2026 at 5:00 pm. We can receive your privilege log later this week.

We have already granted you multiple extension requests.

If we do not receive your documents by tomorrow, we will take this up with the magistrate judge.

Regards,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

---

**From:** Ierardi, Lauren
**Sent:** Friday, August 14, 2026 4:38 PM
**To:** Gee, Eric (TAX) <eric.gee@tax.ny.gov>
**Cc:** Heyer, Eric <Eric.Heyer@thompsonhine.com>; Smith, Joseph <Joe.Smith@thompsonhine.com>; Callinan, Ryan <Ryan.Callinan@thompsonhine.com>
**Subject:** Meet and Confer (8/11/26) – Subpoena to New York Department of Taxation and Finance

Eric,

This email memorializes our meet and confer on August 11, 2026 regarding the New York Department of Taxation and Finance's (the "Department of Taxation") subsequent document production and privilege log yet to be produced in response to Defendants Midwest Goods Inc., 10 Days, Inc., Safa Goods LLC, Ecto World LLC d/b/a Demand Vape, Magellan Technology Inc., and SV3, LLCs' (collectively the "Defendants") subpoena.

The Department of Taxation stated that it would provide Defendants with an update on the status of its document production by August 13, 2026. The Department of Taxation also stated that it would produce a subsequent document production and updated privilege log to Defendants by today, August 14, 2026. Defendants did not receive an update on the status of the Department of Taxation's document

production by August 13, 2026. As of the time this email, Defendants have not received the Department of Taxation's subsequent document production and privilege log.

Defendants stated they would like the Department of Taxation to prioritize producing documents related to its "Vapor Products Dealer Registration and Filing Requirements," Technical Memorandum TSB-M-19(3)S, dated October 18, 2019, at this time.

The Department of Taxation stated the head of its division is willing to certify the document production for purposes of authentication.

The Department of Taxation also stated that it may have additional questions related to the document production.

Thank you,

**Lauren Ierardi** | Associate | **Thompson Hine LLP**
**As of July 27th, the new address for our Washington, D.C. office is:**
1999 K Street NW, Suite 600 | Washington, D.C. 20006
**O:** 202.973.2756 | **M:** 202.924.5633
**F:** 202.331.8330 | www.ThompsonHine.com
Lauren.Ierardi@ThompsonHine.com

SmartPaTHs PLUS™
**Smarter Law. Real Impact. Read more.**

**Our commitment to innovation has been recognized by leading organizations such as the *Financial Times, The American Lawyer*, *ABA Journal,* Law360 and Bloomberg. Learn more about our commitment here.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | Minneapolis | New York | Silicon Valley | Washington, D.C.

THOMPSON HINE