**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CITY OF NEW YORK,<br><br>Plaintiff,<br><br>-against-<br><br>PUFF BAR, *et al.*,<br><br>Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No. 1:25-cv-2850 (MMG-VF)<br><br>**CERTIFICATE OF SERVICE OF SEPTEMBER 21, 2026 ORDER AND RELATED LETTER MOTION UPON NON-PARTY NEW YORK DEPARTMENT OF TAXATION AND FINANCE** |

I HEREBY CERTIFY that on September 21, 2026, I sent a copy of this Court's September 21, 2026 Order [ECF 141] in the above-captioned matter, as well as the related September 18, 2026 letter motion to compel [ECF 140] via email to:

Eric Gee, Esquire
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
W A Harriman Campus
Building 9
Albany, New York 12227
eric.gee@tax.ny.gov
*Counsel for Non-Party*
*New York State Department of Taxation and Finance*

And on September 23, 2026, I caused paper copies of the same documents, along with a copy of the instant Certificate of Service, to be served via overnight delivery upon the above-listed address.

Dated: September 23, 2026

THOMPSON HINE LLP

By: */s/ Lauren Ierardi*

Lauren Ierardi
THOMPSON HINE LLP
1999 M Street, NW, Suite 600
Washington, DC 20036
(202) 973-2756
lauren.ierardi@thompsonhine.com

*Counsel Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, Safa Goods LLC, and SV3 LLC*