**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK,<br><br>*Plaintiff,*<br><br>v.<br><br>PUFF BAR, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-01445-MMG |
| THE CITY OF NEW YORK,<br><br>*Plaintiff,*<br><br>v.<br><br>PUFF BAR, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-02850-MMG |

**DEFENDANT MIDWEST GOODS, INC.'S**
**NOTICE OF CONSENT TO ENTRY OF DEFAULT**

Defendant Midwest Goods, Inc. ("Midwest"), by and through its undersigned counsel, respectfully files this notice to advise the Court and all Parties that, although Midwest disclaims any liability for the remaining claims at issue in the above-referenced actions, because Midwest is no longer operational and financial constraints render Midwest's compliance with the Court's orders regarding discovery impossible, Midwest hereby consents to the entry of default against it in the above-referenced actions.

Midwest expressly reserves, and has no intention to forfeit, all rights and privileges not expressly waived herein, including its right to contest the amount and scope of any default judgment.

Respectfully submitted,

THOMPSON HINE LLP

Dated: October 9, 2026

By: /s/ Eric N. Heyer

Eric N. Heyer
1999 K St., NW, Suite 600
Washington, DC 20006
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com

*Counsel for Defendant Midwest Goods, Inc. d/b/a Midwest Distribution Illinois*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2026, I caused the foregoing to be electronically filed with the Clerk via the Court's ECM/ECF system, and thereby to be electronically served on all counsel of record.

/s/ Eric N. Heyer