Zanicorn™ LEGAL PLLC

October 14, 2026

**Via ECF**

The Honorable. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *State of New York v. Puff Bar, et al.*, No. 25-cv-1445-MMG
(Related Case: *City of New York v. Puff Bar, et al.*, No. 25-cv-02850-MMG)

Dear Magistrate Judge Figueredo:

As the Court is aware we represent Puff Bar, EVO Brands, LLC, and PVG2, LLC (the "Puff Defendants"). Pursuant to the Court's September 25, 2026 Order (ECF No. 143), the owners of the Puff Defendants as well as our office have reached out via phone, text and certified mail to locate former employees. The task has proven to be more time consuming than anticipated and we are now hopeful in the next several days we will have spoken to all of these former employees to encourage such employees to allow collection of any electronic devices upon which the former employees conducted Puff business. We respectfully request a ten-day extension, to October 30, 2026, to engage in discussions with the remainder of the former employees we have scheduled conferences with. In addition, the owners of the Puff Defendants need the additional time to seriously consider whether, as the Court has noted, they are able to materially participate in the current litigation or face sanctions for their failure to do so.

So the Court is aware, in addition to contact that has been made by the owners of the Puff Defendants, counsel's office has been in contact with five of the nine former employees of the Puff Defendants by telephone and has sent letters by certified mail to the last known addresses on file for all the former employees, requesting their prompt cooperation with the Court-ordered discovery.

The requested extension will also allow additional time for the former employees to respond as fully as possible to these communications.

We thank the Court for its consideration.

Respectfully submitted,

**ZANICORN LEGAL PLLC**

By: /s/ Mary G. Bielaska/
Mary G. Bielaska
Counsel for Puff Bar, EVO Brands, LLC, and PVG2, LLC