UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF NEW YORK,

Plaintiff,

v.

PUFF BAR, et al.

Defendants.

---

STATE OF NEW YORK,

Plaintiff,

v.

PUFF BAR, et al.

Defendants.

---

**MOTION FOR ADMISSION PRO HAC VICE**
25-CV-1445
25-CV-2850

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Eric Richard Gee, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the New York State Department of Taxation and Finance in the above-captioned actions.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: October 28, 2026

Respectfully Submitted,

Applicant's Name: Eric R. Gee
NYS Department of Taxation and Finance