UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF NEW YORK,

Plaintiff,

v.

PUFF BAR, et al.

Defendants.

**AFFIDAVIT FOR ADMISSION PRO HAC VICE**
25-CV-1445
25-CV-2850

---

STATE OF NEW YORK,

Plaintiff,

v.

PUFF BAR, et al.

Defendants.

---

STATE OF NEW YORK )
)
COUNTY OF ALBANY ) ss.:

ERIC R. GEE, ESQ., being duly sworn, hereby deposes and says:

1. I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system.

2. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures.

3. I have not been convicted of a felony, been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against the applicant.

4. As a participating attorney, I will promptly notify PACER and the court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc., and I will update the appropriate data within the PACER system.

5. By submitting this affidavit, I certify that my personal statement is complete and true to my own knowledge.

6. I also certify that I have read Local Civil Rule 1.3 and I possess the qualifications required for pro hac vice admission to the Bar of the United States District Court for the Southern District of New York.

7. I do solemnly swear or affirm as an attorney and counselor of the Court, that I will conduct myself according to the law, and that I will support and defend the Constitution of the United States of America.

ERIC R. GEE

Sworn to me this 28th day
of October, 2026

Joseph C. Kastler
Notary Public

STATE OF NOTARY PUBLIC NEW YORK
JOSEPH C. KASTLER
Registration #01KA6292765
Qualified in Rensselaer County
My Commission Expires
November 4, 2029