UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF NEW YORK,
Plaintiff,

v.

PUFF BAR, et al.

Defendants.

**ORDER FOR ADMISSION PRO HAC VICE**
25-CV-1445
25-CV-2850

---

STATE OF NEW YORK,

Plaintiff,

v.

PUFF BAR, et al.

Defendants.

---

The motion of ERIC R. GEE, ESQ. for admission to practice Pro Hac Vice in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:
Applicant's Name: Eric R. Gee
Firm Name: New York State Department of Taxation and Finance
Address: WA Harriman Campus, Building 9
City / State / Zip: Albany, New York 12227
Telephone / Fax: (518) 457-2070

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the New York State Department of Taxation and Finance in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_______________________________
United States District / Magistrate Judge